1  BRIDGES & BRIDGES
   HAROLD A. BRIDGES, SBN 93560
2  MAJ-LE TATE BRIDGES, SBN 179522
   466 Foothill Blvd, #394
3  La Canada, California  91011
   Tel: (626) 304-2836; Fax: (626) 628-0465
4  drew@bridges-law.com
   majle@bridges-law.com
5
   Attorneys for Defendants
6  ADVANTAGE SALES & MARKETING INC.,
   ADVANTAGE SALES & MARKETING LLC, and
7  RETAIL STORE SERVICES LLC

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 | JENNIFER MEAD, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No: C-07-5239-SI
14 | | **DEFENDANTS ADVANTAGE SALES & MARKETING INC., ADVANTAGE SALES & MARKETING LLC, AND RETAIL STORE SERVICES LLC'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PER CIVIL L.R. 3-16**
15 | Plaintiffs, |
16 | vs. |
17 | ADVANTAGE SALES & MARKETING LLC; ADVANTAGE SALES & MARKETING INC., and RETAIL STORE SERVICES LLC, |
   | Defendants. |

-1-

1  Defendants ADVANTAGE SALES & MARKETING INC, ADVANTAGE SALES &
2  MARKETING LLC and RETAIL STORE SERVICES LLC (collectively, "Defendants") hereby
3  submit the Certification of Interest Entities or Persons below.

4  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
5  associations of persons, firms, partnerships, corporations (including parent corporations) or other
6  entities (i) have a financial interest in the subject matter in controversy or in a party to the
7  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
8  substantially affected by the outcome of this proceeding: Allied Capital Corporation, J.W.
9  Childs Equity Partners III, L.P. and ML Global Partners Equity Fund, L.P. are owners of
10 Advantage Sales and Marketing Holdings, LLC the parent entity of Defendants.

12 DATED: November 6, 2007                    BRIDGES & BRIDGES

14                                            By: _____
15                                            HAROLD A. BRIDGES
                                              Attorneys for Defendants ADVANTAGE
                                              SALES & MARKETING INC.,
16                                            ADVANTAGE SALES & MARKETING
                                              LLC, and RETAIL STORE SERVICES LLC

Case No. C-07-5239-SI
-2-
**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**