1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111
   Donald H. Nichols, MN State Bar No. 78918
4  Nichols@nka.com
   (admitted **pro hac vice**)
5  Matthew H. Morgan, MN State Bar No. 304657
   Morgan@nka.com
6  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11

12  Jennifer Mead, individually, on behalf of
    all others similarly situated, and on behalf      Case No: C-07-5239-SI
13  of the general public
                                                      **NOTICE OF CONSENT FILING**
14                            Plaintiff,

15  v.

16  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
17  Retail Store Services, LLC,

18                            Defendants.

19

20
            PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
21
    attached Consent Form(s) for the following person(s):
22

23  Castro        Alberto
    Hayes         Norman
24

25

26

27

28

---

NOTICE OF CONSENT FILING

1    Dated:  November 20, 2007                    s/Matthew Helland

2                                                 **NICHOLS KASTER & ANDERSON, LLP**
                                                  Matthew C. Helland, CA State Bar No. 250451
3                                                 Helland@nka.com
                                                  One Embarcadero Center
4                                                 Ste. 720
                                                  San Francisco, CA 94111
5                                                 Donald H. Nichols, MN State Bar No. 78918
                                                  Nichols@nka.com
6                                                 (admitted **pro hac vice**)
                                                  Matthew H. Morgan, MN State Bar No. 304657
7                                                 Morgan@nka.com
                                                  (admitted **pro hac vice**)
8                                                 **NICHOLS KASTER & ANDERSON, PLLP**
                                                  4600 IDS Center
9                                                 80 S. 8th Street
                                                  Minneapolis, MN 55402
10

11                                                ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on November 20, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California  91011


Dated:  November 20, 2007                    s/ Matthew Helland

_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402


ATTORNEYS FOR PLAINTIFFS

3

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____            11/14/07
Signature                                              Date

Alberto Francisco Castro
Print Full Name

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn. Matthew Morgan
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, MN 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: morgan@nka.com
                           Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Norman LeRoy HAYES_     11-15-07
Signature                                    Date

_Norman LeRoy HAYES_
Print Full Name

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com