1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111
   Donald H. Nichols, MN State Bar No. 78918
4  Nichols@nka.com
   (admitted **pro hac vice**)
5  Matthew H. Morgan, MN State Bar No. 304657
   Morgan@nka.com
6  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10              **IN THE UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
11

12  Jennifer Mead, individually, on behalf of
    all others similarly situated, and on behalf      Case No: C-07-5239-SI
13  of the general public
                                                      **NOTICE OF CONSENT FILING**
14                              Plaintiff,

15  v.

16  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
17  Retail Store Services, LLC,

18                              Defendants.

19

20
            PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
21
    attached Consent Form(s) for the following person(s):
22
23  Gutierrez            Louis

24

25

26

27

28

1     Dated:  December 13, 2007         s/Matthew C. Helland

2

3                                **NICHOLS KASTER & ANDERSON, LLP**
                               Matthew C. Helland, CA State Bar No. 250451

4                                Helland@nka.com
                               One Embarcadero Center
                               Ste. 720

5                                San Francisco, CA 94111
                               Donald H. Nichols, MN State Bar No. 78918

6                                Nichols@nka.com
                               (admitted **pro hac vice**)

7                                Matthew H. Morgan, MN State Bar No. 304657
                               Morgan@nka.com
                               (admitted **pro hac vice**)

8                                **NICHOLS KASTER & ANDERSON, PLLP**
                               4600 IDS Center

9                                80 S. 8th Street
                               Minneapolis, MN 55402

10

11                                ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on December 13, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California  91011

Dated:  December 13, 2007

s/Matthew C. Helland

_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Louis Gutierrez_ 12/11/2007

Signature                               Date

_Louis Orlando Gutierrez_

Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com