1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111
   Donald H. Nichols, MN State Bar No. 78918
4  Nichols@nka.com
   (admitted **pro hac vice**)
5  Matthew H. Morgan, MN State Bar No. 304657
   Morgan@nka.com
6  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10          **IN THE UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  Jennifer Mead, individually, on behalf of
    all others similarly situated, and on behalf     Case No: C-07-5239-SI
13  of the general public
                                                     **NOTICE OF CONSENT FILING**
14                          Plaintiff,

15  v.

16  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
17  Retail Store Services, LLC,

18                          Defendants.

19

20

21          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22  attached Consent Form(s) for the following person(s):

23  Bradshaw-Herberg     Michael

24

25

26

27

28

1    Dated:  December 28, 2007                s/Matthew C. Helland

2

3                                            **NICHOLS KASTER & ANDERSON, LLP**
                                             Matthew C. Helland, CA State Bar No. 250451
                                             Helland@nka.com
4                                            One Embarcadero Center
                                             Ste. 720
5                                            San Francisco, CA 94111
                                             Donald H. Nichols, MN State Bar No. 78918
6                                            Nichols@nka.com
                                             (admitted **pro hac vice**)
7                                            Matthew H. Morgan, MN State Bar No. 304657
                                             Morgan@nka.com
8                                            (admitted **pro hac vice**)
                                             **NICHOLS KASTER & ANDERSON, PLLP**
9                                            4600 IDS Center
                                             80 S. 8th Street
10                                           Minneapolis, MN 55402

11                                           ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             3

1

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

2

3

I hereby certify that on December 28, 2007, I caused the following document(s):

4

5

**Notice of Consent Filing**

6

to be served via ECF to the following:

7

Bridges & Bridges
466 Foothill Blvd., #394

8

La Canada, California  91011

9

10

Dated:  December 28, 2007

11

s/Matthew C. Helland

12

13

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com

14

One Embarcadero Center
Ste. 720

15

San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com

16

(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X

17

Lukas@nka.com
(admitted **pro hac vice**)

18

Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com

19

(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**

20

4600 IDS Center
80 S. 8th Street

21

Minneapolis, MN 55402

22

ATTORNEYS FOR PLAINTIFFS

23

24

25

26

27

28

3

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____    12.27
Signature                    Date      07

MICHAEl PHilP Bredshaw Heiberg
Print Full Name

REDACTED

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn. Matthew Morgan
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, MN 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: morgan@nka.com
                          Web: www.overtimecases.com