# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Jennifer Mead, et al.

                              Plaintiff(s),                CASE NO. C 07-05239 SI

                    v.

Advantage Sales and Marketing, et al.                     STIPULATION AND [PROPOSED]
                                                          ORDER SELECTING ADR PROCESS

                              Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓     Private ADR *(please identify process and provider)* The parties intend to seek
resolution through mediation. The parties are still discussing the provider of such services and will advise the
court when such selection has been made.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered. )*

  ✓     other requested deadline  30 days following completion of disovery.

Dated: 1/2/2008                              _____
                                             Matthew H. Morgan
                                             Attorney for Plaintiff

Dated: 1/2/2008                              _____
                                             Harold A. Bridges
                                             Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓     Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓     other   30 days after discovery den

IT IS SO ORDERED.

Dated:_____

_____
UNITED STATES MAGISTRATE JUDGE