**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I caused the Stipulation and Proposed Order Selecting ADR Process to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

---

**Dated: January 2, 2008**        NICHOLS KASTER & ANDERSON, PLLP

---

    s/Sylvia Ewald
    Sylvia Ewald
    Legal Assistant
    4600 IDS Center, 80 S. 8th St.
    Minneapolis, Minnesota 55402
    Telephone: (612) 256-3294