Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Mead, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Badano      Wendy
Howard      Charmaine
Schmoe      Rodney

NOTICE OF CONSENT FILING

1

2  Dated: January 2, 2008                s/Matthew C. Helland

3                                          **NICHOLS KASTER & ANDERSON, LLP**
                                            Matthew C. Helland, CA State Bar No. 250451
4                                          Helland@nka.com
                                            One Embarcadero Center
5                                          Ste. 720
                                            San Francisco, CA 94111
6                                          Donald H. Nichols, MN State Bar No. 78918
                                            Nichols@nka.com
7                                          (admitted **pro hac vice**)
                                            Matthew H. Morgan, MN State Bar No. 304657
8                                          Morgan@nka.com
                                            (admitted **pro hac vice**)
9                                          **NICHOLS KASTER & ANDERSON, PLLP**
                                            4600 IDS Center
10                                         80 S. 8th Street
                                            Minneapolis, MN 55402

11
                                            ATTORNEYS FOR PLAINTIFFS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on January 2, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California  91011


Dated:  January 2, 2008

                                        s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

### RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

*Wendy Badano    12-26-07*
Signature                    Date

*Wendy Elizabeth Badano*
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

# RSS PLAINTIFF CONSENT FORM

    I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Charmaine M. Howard_  12-28-07
Signature                          Date

_Charmaine M Howard_
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn. Matthew Morgan
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, MN 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: morgan@nka.com
                          Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

*Signature:* [signed] Rodney Schmoe    *Date:* 12/28/07

*Print Full Name:* Rodney K Schmoe

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com