UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jennifer Mead, et al.

               Plaintiff(s),

v.

Advantage Sales and Marketing, et al.

               Defendant(s).

CASE NO. C 07-05239 SI

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* The parties intend to seek resolution through mediation. The parties are still discussing the provider of such services and will advise the court when such selection has been made.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓ other requested deadline 30 days following completion of disovery.

Dated: 1/2/2008

                                    Matthew H. Morgan
                                    Attorney for Plaintiff

Dated: 1/2/2008

                                    Harold A. Bridges
                                    Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓   Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓   other   30 days after discovery deadline.

IT IS SO ORDERED.

Dated:_____        _____
                                                       UNITED STATES ~~MAGISTRATE~~ JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I caused the Stipulation and Proposed Order Selecting ADR Process to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   Harold Andrew Bridges    drew@bridges-law.com

   Matthew C Helland    helland@nka.com, assistant@nka.com

   Paul J. Lukas    lukas@nka.com, assistant@nka.com

   Matthew H Morgan    morgan@nka.com

   Donald H. Nichols    nichols@nka.com, assistant@nka.com

**Dated: January 2, 2008**                    NICHOLS KASTER & ANDERSON, PLLP


                                  s/Sylvia Ewald
                                  Sylvia Ewald
                                  Legal Assistant
                                  4600 IDS Center, 80 S. 8th St.
                                  Minneapolis, Minnesota 55402
                                  Telephone: (612) 256-3294