IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed with the Clerk of the Court on January 11th, 2008 by using the CM/ECF system, which will send a notice of electronic filing to:

> Drew Bridges
> 466 Foothill Blvd., #394
> La Canada, California  91011
> drew@bridges-law.com

**Dated: January 11, 2008**                            NICHOLS KASTER & ANDERSON, PLLP


                                                       s/ Sylvia Ewald_____
                                                       Sylvia Ewald
                                                       Legal Assistant
                                                       4600 IDS Center, 80 S. 8th St.
                                                       Minneapolis, Minnesota 55402
                                                       Telephone: (612) 256-3294