Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Mead, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Estes   Marilyn

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: January 11, 2008 | s/Matthew C. Helland |
| 2 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Helland, CA State Bar No. 250451 |
| 3 | | Helland@nka.com |
| | | One Embarcadero Center |
| 4 | | Ste. 720 |
| | | San Francisco, CA 94111 |
| 5 | | Donald H. Nichols, MN State Bar No. 78918 |
| | | Nichols@nka.com |
| 6 | | (admitted **pro hac vice**) |
| | | Matthew H. Morgan, MN State Bar No. 304657 |
| 7 | | Morgan@nka.com |
| | | (admitted **pro hac vice**) |
| 8 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | 4600 IDS Center |
| 9 | | 80 S. 8th Street |
| | | Minneapolis, MN 55402 |
| 10 | | |
| 11 | | ATTORNEYS FOR PLAINTIFFS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on January 11, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California 91011

Dated: January 11, 2008

                                        s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

Jan 10 08 12:04p        REDACTED                                    p.1

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment Oct 2005 to Sept 27th 2007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  10 Jan 08
Signature                Date

Fred Pritchett
Print Name

REDACTED

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION