1   Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
2   NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
3   San Francisco, CA 94111
    Donald H. Nichols, MN State Bar No. 78918
4   Nichols@nka.com
    (admitted **pro hac vice**)
5   Matthew H. Morgan, MN State Bar No. 304657
    Morgan@nka.com
6   (admitted **pro hac vice**)
    NICHOLS KASTER & ANDERSON, PLLP
7   4600 IDS Center
    80 S. 8th Street
8   Minneapolis, MN 55402

9   ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12   Jennifer Mead, individually, on behalf of
     all others similarly situated, and on behalf      Case No: C-07-5239-SI
13   of the general public
                                                        **NOTICE OF CONSENT FILING**
14                              Plaintiff,

15   v.

16   Advantage Sales & Marketing, LLC,
     Advantage Sales & Marketing, Inc., and
17   Retail Store Services, LLC,

18                              Defendants.

19

20

21          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22   attached Consent Form(s) for the following person(s):

23   Gullett      Dennis
     Kincahhon    Andrew
24

25

26

27

28

                            NOTICE OF CONSENT FILING

1    Dated:  January 22, 2008                     s/Matthew C. Helland

2                                                 **NICHOLS KASTER & ANDERSON, LLP**
                                                  Matthew C. Helland, CA State Bar No. 250451
3                                                 Helland@nka.com
                                                  One Embarcadero Center
4                                                 Ste. 720
                                                  San Francisco, CA 94111
5                                                 Donald H. Nichols, MN State Bar No. 78918
                                                  Nichols@nka.com
6                                                 (admitted **pro hac vice**)
                                                  Matthew H. Morgan, MN State Bar No. 304657
7                                                 Morgan@nka.com
                                                  (admitted **pro hac vice**)
8                                                 **NICHOLS KASTER & ANDERSON, PLLP**
                                                  4600 IDS Center
9                                                 80 S. 8th Street
                                                  Minneapolis, MN 55402

10
                                                  ATTORNEYS FOR PLAINTIFFS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          3

1

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

2

3

I hereby certify that on January 22, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California 91011

8

9

Dated: January 22, 2008

10

s/Matthew C. Helland

11

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

12

13

14

15

16

17

18

19

20

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Dennis M Gullett 1-17-08_
Signature                          Date

_DENNIS MARK GULLETT_
Print Full Name

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn. Matthew Morgan
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, MN 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: morgan@nka.com
                           Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Andrew Kincannon_    _Jan 7 08_
Signature                              Date

_Andrew Kincannon_
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com