David C. Zoeller, MN Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Mead, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No: 3:07-cv-5239 SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, David C. Zoeller, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

1  Matthew C. Helland
2  Nichols Kaster & Anderson, LLP
3  One Embarcadero Center, Suite 720
4  San Francisco, CA 94111
5  Telephone: (415) 277-7235
6
7  I declare under penalty of perjury that the foregoing is true and correct.
8
9  Dated: 1/16/2008
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28