UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/18/08

Case No.   C-08-3239 SI          Judge:   SUSAN ILLSTON

Title: MEAD  -v-  ADVANTAGE

Attorneys: M. Morgan        H. Bridges

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                  PART

Case continued to **4/4/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.   for Pretrial Conference

Case continued to    @ 8:30 a.m.   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
By February 1, 2008, either the amended complaint or a motion to amend shall be filed.

The Court will not schedule the motion for certification at this time.