1   Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
2   NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
3   San Francisco, CA 94111
    Donald H. Nichols, MN State Bar No. 78918
4   Nichols@nka.com
    (admitted **pro hac vice**)
5   Matthew H. Morgan, MN State Bar No. 304657
    Morgan@nka.com
6   (admitted **pro hac vice**)
    NICHOLS KASTER & ANDERSON, PLLP
7   4600 IDS Center
    80 S. 8th Street
8   Minneapolis, MN 55402

9   ATTORNEYS FOR PLAINTIFFS

10          **IN THE UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
11

12  Jennifer Mead, individually, on behalf of
    all others similarly situated, and on behalf     Case No: C-07-5239-SI
13  of the general public
                                                     **NOTICE OF CONSENT FILING**
14                          Plaintiff,

15  v.

16  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
17  Retail Store Services, LLC,

18                          Defendants.

19

20

21          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22  attached Consent Form(s) for the following person(s):

23  Franco      Carlos
    Galan       Geoffrey
24

25

26

27

28

1    Dated:  January 28, 2008                 s/Matthew C. Helland

2                                             **NICHOLS KASTER & ANDERSON, LLP**
                                             Matthew C. Helland, CA State Bar No. 250451
3                                             Helland@nka.com
                                             One Embarcadero Center
4                                             Ste. 720
                                             San Francisco, CA 94111
5                                             Donald H. Nichols, MN State Bar No. 78918
                                             Nichols@nka.com
6                                             (admitted **pro hac vice**)
                                             Matthew H. Morgan, MN State Bar No. 304657
7                                             Morgan@nka.com
                                             (admitted **pro hac vice**)
8                                             **NICHOLS KASTER & ANDERSON, PLLP**
                                             4600 IDS Center
9                                             80 S. 8th Street
                                             Minneapolis, MN 55402

10

11                                            ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

1

**CERTIFICATE OF SERVICE**
Mead et al v. Retail Store Services, LLC
2 **Case No. C-07-5239-SI**

3

I hereby certify that on January 28, 2008, I caused the following document(s):
4

5 **Notice of Consent Filing**

6 to be served via ECF to the following:

7 Bridges & Bridges
466 Foothill Blvd., #394
8 La Canada, California  91011

9

Dated:  January 28, 2008
10

s/Matthew C. Helland
_____

11
**NICHOLS KASTER & ANDERSON, LLP**
12 Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
13 Ste. 720
San Francisco, CA 94111
14 Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
15 (admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
16 Lukas@nka.com
(admitted **pro hac vice**)
17 Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
18 (admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
19 4600 IDS Center
80 S. 8th Street
20 Minneapolis, MN 55402

21 ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____     _____
Signature                                                      Date

CARLOS FRANCO
Print Full Name

REDACTED

Fax, Mail or Email to:       Nichols Kaster & Anderson, PLLP
                                    Attn. Matthew Morgan
                                    4600 IDS Center, 80 South Eighth Street,
                                    Minneapolis, MN 55402-2242
                                    Fax: (612) 215-6870
                                    Toll Free Telephone: (877) 448-0492
                                    Email: morgan@nka.com
                                    Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____    01/20/08
Signature                          Date

GEOFFREY  GALAN
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn. Matthew Morgan
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, MN 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: morgan@nka.com
                          Web: www.overtimecases.com