UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jennifer Mead, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,

    Defendant.

Case No: 3:07-cv-5239

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

RECEIVED JAN 2 2 20..
CLERK RICHARD...
NORTH... OF CALIFORN...

FILED JAN 25 2008

David C. Zoeller, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/25/08

The Honorable Susan Illston