1

2

Counsel listed on next page

3

4

5

6

7

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8

9

Jennifer Mead, individually, on behalf of all others similarly situated, and on behalf of the general public

**Case No.: C-07-5239-SI**

10

**STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**

11

Plaintiff,

12

v.

13

Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,

14

15

Defendants.

16

17

    Pursuant to Fed.R.Civ.P. 15(a), the Parties, by and through their undersigned counsel,

18

HEREBY STIPULATE AND AGREE that Plaintiffs be granted leave to file a First Amended

19

Complaint.

20

21

Dated:  January 30, 2008

22

/s Matthew H. Morgan_____
Matthew H. Morgan
NICHOLS KASTER & ANDERSON, LLP
Attorney for Plaintiffs

/s Harold A. Bridges_____
Harold A. Bridges
BRIDGES & BRIDGES
Attorney for Defendants

23

24

25

26

27

28

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT

1   Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
2   NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
3   San Francisco, CA 94111
    Telephone: 415-277-7235
4   Facsimile: 415-277-7238

5   Donald H. Nichols, MN State Bar No. 78918*
    Nichols@nka.com
6   Paul J. Lukas, MN State Bar No. 22084X*
    Lukas@nka.com
7   Matthew H. Morgan, MN State Bar No. 304657*
    Morgan@nka.com
8   David C. Zoller, MN State Bar No. 0387885*
    Zoeller@nka.com
9   NICHOLS KASTER & ANDERSON, PLLP
    4600 IDS Center
10  80 S. 8th Street
    Minneapolis, MN 55402
11  Telephone: 612-256-3200
    Facsimile: 612-215-6870
12  * admitted *pro hac vice*

    ATTORNEYS FOR PLAINTIFFS
13
    BRIDGES & BRIDGES
14  Harold A. Bridges, SBN 93560
    Maj-Le Tate Bridges, SBN 179522
15  466 Foothill Boulevard, Suite 394
    La Canada, CA 91011
16  Telephone: 626-304-2836
    Facsimile:  626-628-0465
17  drew@bridges-law.com
    majle@bridges-law.com
18
    ATTORNEYS FOR DEFENDANTS
19

20

21

22

23

24

25

26

27

28

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT