**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed with the Clerk of the Court on January 30th, 2008 by using the CM/ECF system, which will send a notice of electronic filing to:

> Drew Bridges
> 466 Foothill Blvd., #394
> La Canada, California  91011
> drew@bridges-law.com

| Dated: January 30, 2008 | NICHOLS KASTER & ANDERSON, PLLP |
|---|---|

s/ Sylvia Ewald_____
Sylvia Ewald
Legal Assistant
4600 IDS Center, 80 S. 8th St.
Minneapolis, Minnesota 55402
Telephone: (612) 256-3294