IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Mead, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No.: C-07-5239-SI<br><br>**PROPOSED ORDER TO AMEND COMPLAINT** |

Based upon the Stipulation of the parties, and pursuant to Fed. R. Civ. P. 15(a), the Court hereby orders that Plaintiffs may file their First Amended Complaint, attached hereto as **Exhibit A**.

SO ORDERED THIS _____ DAY OF _____, 2008.

*[signature: Susan Illston]*

_____
The Honorable Susan Illston
United States District Court Judge

PROPOSED ORDER TO AMEND COMPLAINT