# EXHIBIT A

## MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.
### PLAINTIFF CONSENT FORM
### NKA FILE NO. 10718-01

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_\_\_\_/s/ Meade\_\_\_\__  _10/7/07_
Signature                        Date

_Jennifer Meade_
Print Name

REDACTED

MAIL OR FAX TO:
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200