**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed with the Clerk of the Court on February 4th, 2008 by using the CM/ECF system, which will send a notice of electronic filing to:

>Drew Bridges
>466 Foothill Blvd., #394
>La Canada, California  91011
>drew@bridges-law.com

| | |
|---|---|
| **Dated:  February 4, 2008** | **NICHOLS KASTER & ANDERSON, PLLP** |

                                               s/ Sylvia Ewald_____
                                               Sylvia Ewald
                                               Legal Assistant
                                               4600 IDS Center, 80 S. 8th St.
                                               Minneapolis, Minnesota 55402
                                               Telephone: (612) 256-3294