Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Mead, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Tapella         Chork
Votanek        John

NOTICE OF CONSENT FILING

| | |
|---|---|
| Dated: February 15, 2008 | s/Matthew C. Helland |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

NOTICE OF CONSENT FILING

## CERTIFICATE OF SERVICE
Mead et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on February 15, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California 91011

Dated: February 15, 2008

                                      s/Matthew C. Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.
PLAINTIFF CONSENT FORM
NKA FILE NO. 10718-01

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_[signature]_  2/9/08
Signature / Date

George Tapella
Print Name

REDACTED

MAIL OR FAX TO:
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200

MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.
PLAINTIFF CONSENT FORM
NKA FILE NO. 10718-01

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_John Votanek_  2/10/08
Signature                Date

JOHN VOTANEK
Print Name

**MAIL OR FAX TO:**
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200

REDACTED