1
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
2
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
3
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
4
Nichols@nka.com
(admitted **pro hac vice**)
5
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
6
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
7
4600 IDS Center
80 S. 8th Street
8
Minneapolis, MN 55402

9
ATTORNEYS FOR PLAINTIFFS

10
**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

11

12
Jennifer Meade, individually, on behalf of
all others similarly situated, and on behalf     Case No: C-07-5239-SI
13
of the general public
                                                 **NOTICE OF CONSENT FILING**
14                           Plaintiff,

15
v.

16
Advantage Sales & Marketing, LLC,
Advantage Sales & Marketing, Inc., and
17
Retail Store Services, LLC,

18                           Defendants.

19

20

21
        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22
attached Consent Form(s) for the following person(s):

23
Lott            DaShawn
Roudebush       Evelyn
24

25

26

27

28

1    Dated:  February 22, 2008                    s/Matthew C. Helland

2                                                  **NICHOLS KASTER & ANDERSON, LLP**
                                                   Matthew C. Helland, CA State Bar No. 250451
3                                                  Helland@nka.com
                                                   One Embarcadero Center
4                                                  Ste. 720
                                                   San Francisco, CA 94111
5                                                  Donald H. Nichols, MN State Bar No. 78918
                                                   Nichols@nka.com
6                                                  (admitted **pro hac vice**)
                                                   Matthew H. Morgan, MN State Bar No. 304657
7                                                  Morgan@nka.com
                                                   (admitted **pro hac vice**)
8                                                  **NICHOLS KASTER & ANDERSON, PLLP**
                                                   4600 IDS Center
9                                                  80 S. 8th Street
                                                   Minneapolis, MN 55402

10

11                                                 ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on February 22, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California  91011

Dated:  February 22, 2008

s/Matthew C. Helland
_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

**MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.**
**PLAINTIFF CONSENT FORM**
**NKA FILE NO. 10718-01**

   I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay.   During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_____    _____
Signature                                       Date

_____
Print Name

MAIL OR FAX TO:
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Fax:  (612) 338-4878
Toll-Free:  (877) 448-0492
Direct:  (612) 256-3200

REDACTED

**MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.**
**PLAINTIFF CONSENT FORM**
**NKA FILE NO. 10718-01**

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_Evelyn Roudebush_ _____ _2/8/08_
Signature                                Date

_Evelyn I. Roudebush_ _____
Print Name

**MAIL OR FAX TO:**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN  55402**
**Fax:  (612) 338-4878**
**Toll-Free:  (877) 448-0492**
**Direct:  (612) 256-3200**

REDACTED