Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Cox Preston
Gendron Stephanie
Jackson Jane
Russell Kari

Dated: March 3, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on March 3, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California 91011

Dated: March 3, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**RSS PLAINTIFF CONSENT FORM**

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

Preston J Cox 02/26/08
Signature Date

Preston Jay Cox
Print Full Name

REDACTED

Fax, Mail or Email to:

Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

**JENNIFER MEADE, ET AL., V. RETAIL STORE SERVICES, LLC, ADVANTAGE SALES & MARKETING, LLC, ADVANTAGE SALES & MARKETING, INC. AND KSRSS, INC.**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

Stephanie Gendron 02/29/08
Signature Date

Stephanie Gendron
Print Name

REDACTED

**MAIL OR FAX TO:**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Toll-Free: (877) 448-0492**
**Direct: (612) 256-3200**

**JENNIFER MEADE, ET AL., V. RETAIL STORE SERVICES, LLC, ADVANTAGE SALES & MARKETING, LLC, ADVANTAGE SALES & MARKETING, INC. AND KSRSS, INC.**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

Jane Jackson 2-27-08
Signature Date

Jane Jackson
Print Name

REDACTED

**MAIL OR FAX TO:**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Toll-Free: (877) 448-0492**
**Direct: (612) 256-3200**

**MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.**
**PLAINTIFF CONSENT FORM**
**NKA FILE NO. 10718-01**

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

[signature] 2/26/08
Signature Date

Kari A. Russell
Print Name

REDACTED

**MAIL OR FAX TO:**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center**
**80 South Eighth Street**
**Minneapolis, MN 55402**
**Fax: (612) 338-4878**
**Toll-Free: (877) 448-0492**
**Direct: (612) 256-3200**