Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC,<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Ferrera        Jerson

NOTICE OF CONSENT FILING

1
2
3   Dated: March 6, 2008						s/Matthew C. Helland
4								**NICHOLS KASTER & ANDERSON, LLP**
								Matthew C. Helland, CA State Bar No. 250451
5								Helland@nka.com
								One Embarcadero Center
6								Ste. 720
								San Francisco, CA 94111
7								Donald H. Nichols, MN State Bar No. 78918
								Nichols@nka.com
8								(admitted **pro hac vice**)
								Matthew H. Morgan, MN State Bar No. 304657
9								Morgan@nka.com
								(admitted **pro hac vice**)
10								**NICHOLS KASTER & ANDERSON, PLLP**
								4600 IDS Center
11								80 S. 8th Street
								Minneapolis, MN 55402
12
13								ATTORNEYS FOR PLAINTIFFS
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on March 6, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California 91011

Dated: March 6, 2008

          s/Matthew C. Helland
          _____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3
NOTICE OF CONSENT FILING

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____     2-28-08
Signature                            Date

Jerson M Ferrary
Print Full Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn. Matthew Morgan
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, MN 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: morgan@nka.com
                         Web: www.overtimecases.com