| | |
|---|---|
| 1 | Matthew C. Helland, CA State Bar No. 250451 |
| | Helland@nka.com |
| 2 | NICHOLS KASTER & ANDERSON, LLP |
| | One Embarcadero Center, Ste. 720 |
| 3 | San Francisco, CA 94111 |
| | Donald H. Nichols, MN State Bar No. 78918 |
| 4 | Nichols@nka.com |
| | (admitted **pro hac vice**) |
| 5 | Matthew H. Morgan, MN State Bar No. 304657 |
| | Morgan@nka.com |
| 6 | (admitted **pro hac vice**) |
| | NICHOLS KASTER & ANDERSON, PLLP |
| 7 | 4600 IDS Center |
| | 80 S. 8th Street |
| 8 | Minneapolis, MN 55402 |

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No: C-07-5239-SI |
| Plaintiff, | **NOTICE OF CONSENT FILING** |
| v. | |
| Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Johnson | Scott |
| Silicio | Tami |

| | |
|---|---|
| Dated: March 14, 2008 | s/Matthew C. Helland |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

NOTICE OF CONSENT FILING

MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.
PLAINTIFF CONSENT FORM
NKA FILE NO. 10718-01

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_Signature_ [signed]  _Date_ 2-13-08

_Print Name_ SCOTT K. JOHNSON

MAIL OR FAX TO:
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200

REDACTED

MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.
PLAINTIFF CONSENT FORM
NKA FILE NO. 10718-01

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_Tami Silicio_  3/10/08
Signature                              Date

_Tami Silicio_
Print Name

**MAIL OR FAX TO:**
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Fax:  (612) 338-4878
Toll-Free:  (877) 448-0492
Direct:  (612) 256-3200

REDACTED

# CERTIFICATE OF SERVICE
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on March 14, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California  91011

Dated:  March 14, 2008

s/Matthew C. Helland
_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS