1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111
   Donald H. Nichols, MN State Bar No. 78918
4  Nichols@nka.com
   (admitted **pro hac vice**)
5  Matthew H. Morgan, MN State Bar No. 304657
   Morgan@nka.com
6  (admitted **pro hac vice**)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10           IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No: C-07-5239-SI |
| Plaintiff, | **NOTICE OF CONSENT FILING** |
| v. | |
| Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, | |
| Defendants. | |

   PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

   Rogers, Moya

---

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: March 31, 2008 | s/Matthew C. Helland |
| 2 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Helland, CA State Bar No. 250451 |
| 3 | | Helland@nka.com |
| | | One Embarcadero Center |
| 4 | | Ste. 720 |
| | | San Francisco, CA 94111 |
| 5 | | Donald H. Nichols, MN State Bar No. 78918 |
| | | Nichols@nka.com |
| 6 | | (admitted **pro hac vice**) |
| | | Matthew H. Morgan, MN State Bar No. 304657 |
| 7 | | Morgan@nka.com |
| | | (admitted **pro hac vice**) |
| 8 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | 4600 IDS Center |
| 9 | | 80 S. 8th Street |
| | | Minneapolis, MN 55402 |
| 10 | | ATTORNEYS FOR PLAINTIFFS |

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____ *Moya R____* _____ 3/17/08
Signature                           Date

_____ Moya Rogers _____
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on March 31, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Bridges & Bridges
466 Foothill Blvd., #394
La Canada, California  91011

Dated:  March 31, 2008

                                                   s/Matthew C. Helland
**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS