1  Counsel listed on next page
2
3
4
5
6
7                    **IN THE UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| 9  Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No.: C-07-5239-SI |
| 10 | **STIPULATION FOR CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 7, 2008 TO APRIL 18, 2008** |
| 11             Plaintiff, | |
| 12  v. | |
| 13  Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., Retail Store Services, LLC, and KSRSS, Inc. | |
| 16             Defendants. | |

17
        The Parties, by and through their undersigned counsel, HEREBY STIPULATE AND
18
   AGREE that the Case Management Conference scheduled for Monday, April 7, 2008, at 2:30
19
20 p.m. be continued to Friday, April 18, 2008 at 2:30 p.m.

21
   Dated: April 2, 2008
22
   /s Matthew H. Morgan_____            /s Harold A. Bridges_____
23 Matthew H. Morgan                      Harold A. Bridges
   NICHOLS KASTER & ANDERSON, LLP          BRIDGES & BRIDGES
24 Attorney for Plaintiffs                Attorney for Defendants Advantage Sales &
                                          Marketing, Inc., & Advantage Sales &
25                                        Marketing LLC & Retail Store Services LLC
26
   /s Frank Cronin_____
27 Frank Cronin
   SNELL & WILMER
28 Attorney for Defendant KSRSS, Inc.

|    |    |
|----|----|
| 1  | Matthew C. Helland, CA State Bar No. 250451 |
| 2  | Helland@nka.com |
|    | NICHOLS KASTER & ANDERSON, LLP |
| 3  | One Embarcadero Center, Ste. 720 |
|    | San Francisco, CA 94111 |
| 4  | Telephone: 415-277-7235 |
|    | Facsimile: 415-277-7238 |
| 5  |    |
|    | Donald H. Nichols, MN State Bar No. 78918* |
| 6  | Nichols@nka.com |
|    | Paul J. Lukas, MN State Bar No. 22084X* |
| 7  | Lukas@nka.com |
|    | Matthew H. Morgan, MN State Bar No. 304657* |
| 8  | Morgan@nka.com |
|    | NICHOLS KASTER & ANDERSON, PLLP |
| 9  | 4600 IDS Center |
|    | 80 S. 8th Street |
|    | Minneapolis, MN 55402 |
| 10 | Telephone: 612-256-3200 |
|    | Facsimile: 612-215-6870 |
| 11 | * admitted *pro hac vice* |
| 12 | ATTORNEYS FOR PLAINTIFFS |
| 13 | BRIDGES & BRIDGES |
|    | Harold A. Bridges, SBN 93560 |
| 14 | Maj-Le Tate Bridges, SBN 179522 |
|    | 466 Foothill Boulevard, Suite 394 |
| 15 | La Canada, CA 91011 |
|    | Telephone: 626-304-2836 |
| 16 | Facsimile:  626-628-0465 |
|    | drew@bridges-law.com |
| 17 | majle@bridges-law.com |
| 18 | ATTORNEYS FOR DEFENDANTS Advantage Sales & Marketing, Inc., Advantage Sales & Marketing LLC and Retail Store Services LLC |
| 19 |    |
|    | SNELL & WILMER |
| 20 | Frank Cronin |
|    | 600 Anton Blvd., Suite 1400 |
| 21 | Costa Mesa, CA 92626-7689 |
|    | (714) 427-7010 direct dial |
| 22 | (714) 427-7000 general office |
|    | (714) 427-7799 fax |
| 23 | fcronin@swlaw.com |
| 24 | ATTORNEYS FOR DEFENDANT KSRSS, Inc |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

-2-

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT