IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., Retail Store Services, LLC and KSRSS, Inc.<br><br>Defendants. | Case No.: C-07-5239-SI<br><br>**PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO APRIL 18, 2008** |

Based upon the Stipulation of the parties, the Court hereby orders that the Case Management Conference scheduled for Monday, April 7, 2008, at 2:30 p.m., to Friday, April 18, 2008, at 2:30 p.m.

SO ORDERED THIS _____ DAY OF _____, 2008.

                                                                                          _____
                                                                                          The Honorable Susan Illston
                                                                                          United States District Court Judge