NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No: C-07-5239-SI |
| Plaintiff, | **NOTICE OF CONSENT FILING** |
| v. | |
| Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Ontiveros, Solomon Albiar

---

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated:  April 3, 2008 | s/ Matthew H. Morgan |
| 2 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | Donald H. Nichols, MN State Bar No. 78918* |
| | | Nichols@nka.com |
| | | Paul J. Lukas, MN State Bar No. 22084X* |
| | | Lukas@nka.com |
| | | Matthew H. Morgan, MN State Bar No. 304657* |
| | | Morgan@nka.com |
| | | David C. Zoeller, MN State Bar No. 0387885* |
| | | Zoeller@nka.com |
| | | 4600 IDS Center |
| | | 80 S. 8th Street |
| | | Minneapolis, MN 55402 |
| | | *Admitted pro hac vice |
| | | MHM/SRE |

ATTORNEYS FOR PLAINTIFFS

### RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____    3-20-08
Signature                                         Date

SOLOMON ALBIAR ONTIVEROS
Print Full Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn. Matthew Morgan
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, MN 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: morgan@nka.com
                         Web: www.overtimecases.com

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on April 3, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated:  April 3, 2008

    s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/SRE

ATTORNEYS FOR PLAINTIFFS