**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed with the Clerk of the Court on April 16th, 2008 by using the CM/ECF system, which will send a notice of electronic filing to:

Harold Andrew Bridges    drew@bridges-law.com

Frank Cronin    fcronin@swlaw.com, tmartin@swlaw.com

Matthew C Helland    helland@nka.com, assistant@nka.com

Paul J. Lukas    lukas@nka.com, assistant@nka.com

Matthew H Morgan    morgan@nka.com

Donald H. Nichols    nichols@nka.com, assistant@nka.com

David C. Zoeller    zoeller@nka.com, assistant@nka.com

**Dated:  April 16, 2008**                                **NICHOLS KASTER & ANDERSON, PLLP**

          s/ Sylvia Ewald_____
Sylvia Ewald
Legal Assistant
4600 IDS Center, 80 S. 8th St.
Minneapolis, Minnesota 55402
Telephone: (612) 256-3294