UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/18/08

Case No.   C-07-5239 SI          Judge:   SUSAN ILLSTON

Title: JENNIFER MEADE  -v- ADVANTAGE SALES

Attorneys: M. Morgan          H. Bridges, F. Cronin

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  **7/18/08  @ 2:30 p.m.** for Further Case Management Conference Re: Rule 23 Issues

Case continued to **7/18/08    @ 9:00 a.m.**   for Motion Re: Conditional Class Certification (opt-in) (Motion due **6/13/08**, Opposition **6/27/08** Reply **7/7/08**)

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: