```
 1  NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918*
 2  Nichols@nka.com
    Paul J. Lukas, MN State Bar No. 22084X*
 3  Lukas@nka.com
    Matthew H. Morgan, MN State Bar No. 304657*
 4  Morgan@nka.com
    David C. Zoeller, MN State Bar No. 0387885*
 5  Zoeller@nka.com
    NICHOLS KASTER & ANDERSON, PLLP
 6  4600 IDS Center
    80 S. 8th Street
 7  Minneapolis, MN 55402
    *Admitted pro hac vice
 8
    ATTORNEYS FOR PLAINTIFFS
```

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Gambill            David

| | | |
|---|---|---|
| 1 | Dated: April 22, 2008 | s/ Matthew H. Morgan |
| | | **NICHOLS KASTER & ANDERSON, PLLP** |
| 2 | | Donald H. Nichols, MN State Bar No. 78918* |
| | | Nichols@nka.com |
| 3 | | Paul J. Lukas, MN State Bar No. 22084X* |
| | | Lukas@nka.com |
| 4 | | Matthew H. Morgan, MN State Bar No. 304657* |
| | | Morgan@nka.com |
| 5 | | David C. Zoeller, MN State Bar No. 0387885* |
| | | Zoeller@nka.com |
| 6 | | 4600 IDS Center |
| | | 80 S. 8th Street |
| 7 | | Minneapolis, MN 55402 |
| | | *Admitted pro hac vice |
| 8 | | MHM/nbr |
| 9 | | ATTORNEYS FOR PLAINTIFFS |

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on April 22, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated: April 22, 2008

    s/ Matthew H. Morgan
    **NICHOLS KASTER & ANDERSON, PLLP**
    Donald H. Nichols, MN State Bar No. 78918*
    Nichols@nka.com
    Paul J. Lukas, MN State Bar No. 22084X*
    Lukas@nka.com
    Matthew H. Morgan, MN State Bar No. 304657*
    Morgan@nka.com
    David C. Zoeller, MN State Bar No. 0387885*
    Zoeller@nka.com
    4600 IDS Center
    80 S. 8th Street
    Minneapolis, MN 55402
    *Admitted pro hac vice
    MHM/nbr

    ATTORNEYS FOR PLAINTIFFS

REDACTED

# JENNIFER MEADE, ET AL., V. RETAIL STORE SERVICES, LLC, ADVANTAGE SALES & MARKETING, LLC, ADVANTAGE SALES & MARKETING, INC. AND KSRSS, INC. PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_____ 4/21/2008
Signature                  Date

David Gambill
Print Name

**MAIL OR FAX TO:**
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200

REDACTED

REDACTED