1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918*
2  Nichols@nka.com
   Paul J. Lukas, MN State Bar No. 22084X*
3  Lukas@nka.com
   Matthew H. Morgan, MN State Bar No. 304657*
4  Morgan@nka.com
   David C. Zoeller, MN State Bar No. 0387885*
5  Zoeller@nka.com
   NICHOLS KASTER & ANDERSON, PLLP
6  4600 IDS Center
   80 S. 8ᵗʰ Street
7  Minneapolis, MN 55402
   *Admitted pro hac vice
8
   ATTORNEYS FOR PLAINTIFFS
9
        IN THE UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA

11  Jennifer Meade, individually, on behalf of
    all others similarly situated, and on behalf          Case No: C-07-5239-SI
12  of the general public
                                                     NOTICE OF CONSENT FILING
13                              Plaintiff,

14  v.

15  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
16  Retail Store Services, LLC, and KSRSS,
    Inc.
17
18                             Defendants.

19

20

21        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22  attached Consent Form(s) for the following person(s):

23  Gingrich              Amanda

24

25

26

27

28

| | |
|---|---|
| 1 | Dated: April 30, 2008 |

s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/nbr

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on April 30, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated:  April 30, 2008

                                    s/ Matthew H. Morgan
                                    **NICHOLS KASTER & ANDERSON, PLLP**
                                    Donald H. Nichols, MN State Bar No. 78918*
                                    Nichols@nka.com
                                    Paul J. Lukas, MN State Bar No. 22084X*
                                    Lukas@nka.com
                                    Matthew H. Morgan, MN State Bar No. 304657*
                                    Morgan@nka.com
                                    David C. Zoeller, MN State Bar No. 0387885*
                                    Zoeller@nka.com
                                    4600 IDS Center
                                    80 S. 8th Street
                                    Minneapolis, MN 55402
                                    *Admitted pro hac vice
                                    MHM/nbr

                                    ATTORNEYS FOR PLAINTIFFS

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____  2/17/08
Signature                                              Date

Amanda Nicole Gingrich
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com