NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Montoya    Joseph
Pacheco    Jess
Stone      Mary
Urena      Armando

1  Dated: May 1, 2008                     s/ Matthew H. Morgan
                                          **NICHOLS KASTER & ANDERSON, PLLP**
2                                         Donald H. Nichols, MN State Bar No. 78918*
                                          Nichols@nka.com
3                                         Paul J. Lukas, MN State Bar No. 22084X*
                                          Lukas@nka.com
4                                         Matthew H. Morgan, MN State Bar No. 304657*
                                          Morgan@nka.com
5                                         David C. Zoeller, MN State Bar No. 0387885*
                                          Zoeller@nka.com
6                                         4600 IDS Center
                                          80 S. 8th Street
7                                         Minneapolis, MN 55402
                                          *Admitted pro hac vice
8                                         MHM/nbr

9                                         ATTORNEYS FOR PLAINTIFFS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on May 1, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated: May 1, 2008

    s/ Matthew H. Morgan
    **NICHOLS KASTER & ANDERSON, PLLP**
    Donald H. Nichols, MN State Bar No. 78918*
    Nichols@nka.com
    Paul J. Lukas, MN State Bar No. 22084X*
    Lukas@nka.com
    Matthew H. Morgan, MN State Bar No. 304657*
    Morgan@nka.com
    David C. Zoeller, MN State Bar No. 0387885*
    Zoeller@nka.com
    4600 IDS Center
    80 S. 8th Street
    Minneapolis, MN 55402
    *Admitted pro hac vice
    MHM/nbr

    ATTORNEYS FOR PLAINTIFFS

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____   4-28-08
Signature                                    Date

Joseph Mattoya
Print Full Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

# RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____   4-26-8
Signature                   Date

Jess Robert Pacheco
Print Full Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn. Matthew Morgan
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, MN 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: morgan@nka.com
                         Web: www.overtimecases.com


## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Mary M Stone_   4.29.08
Signature / Date

_MARY M STONE_
Print Full Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Armando Urena_  4-28-08
Signature                                    Date

_Armando Ureña Jr_
Print Full Name

[REDACTED]

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com