1   NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918*
2   Nichols@nka.com
    Paul J. Lukas, MN State Bar No. 22084X*
3   Lukas@nka.com
    Matthew H. Morgan, MN State Bar No. 304657*
4   Morgan@nka.com
    David C. Zoeller, MN State Bar No. 0387885*
5   Zoeller@nka.com
    NICHOLS KASTER & ANDERSON, PLLP
6   4600 IDS Center
    80 S. 8th Street
7   Minneapolis, MN 55402
    *Admitted pro hac vice

8   ATTORNEYS FOR PLAINTIFFS

9            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11  Jennifer Meade, individually, on behalf of
    all others similarly situated, and on behalf          Case No: C-07-5239-SI
12  of the general public
                                                       NOTICE OF CONSENT FILING
13                      Plaintiff,

14  v.

15  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
16  Retail Store Services, LLC, and KSRSS,
    Inc.
17

18                      Defendants.

19

20

21       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22  attached Consent Form(s) for the following person(s):

23  Herrod          Erica
    Hilley           John
24  Paul             Margie

25

26

27

28

Dated: May 8, 2008

s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/nbr

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on May 8, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated:  May 8, 2008

                                s/ Matthew H. Morgan
                                **NICHOLS KASTER & ANDERSON, PLLP**
                                Donald H. Nichols, MN State Bar No. 78918*
                                Nichols@nka.com
                                Paul J. Lukas, MN State Bar No. 22084X*
                                Lukas@nka.com
                                Matthew H. Morgan, MN State Bar No. 304657*
                                Morgan@nka.com
                                David C. Zoeller, MN State Bar No. 0387885*
                                Zoeller@nka.com
                                4600 IDS Center
                                80 S. 8th Street
                                Minneapolis, MN 55402
                                *Admitted pro hac vice
                                MHM/nbr

                                ATTORNEYS FOR PLAINTIFFS

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Erica R Herrod 5/3/08_

Signature                                          Date

_Erica Rae Herrod_

Print Full Name

REDACTED

Emergency Contact (in case we lose contact)

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_John E. Hilley_                    _5/5/2008_
Signature                                    Date

_John Eugene Hilley_
Print Full Name

REDACTED

Fax, Mail or Email to:        Nichols Kaster & Anderson, PLLP
                              Attn. Matthew Morgan
                              4600 IDS Center, 80 South Eighth Street,
                              Minneapolis, MN 55402-2242
                              Fax: (612) 215-6870
                              Toll Free Telephone: (877) 448-0492
                              Email: morgan@nka.com
                              Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Margie O. Paul_ 5-2-08
Signature                        Date

MARGIE CUNANAN PAUL
Print Full Name

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com