NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Bedal      Janet
Bush       Kyle

| | | |
|---|---|---|
| 1 | Dated: June 2, 2008 | s/ Matthew H. Morgan |
| 2 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | Donald H. Nichols, MN State Bar No. 78918* |
| | | Nichols@nka.com |
| 3 | | Paul J. Lukas, MN State Bar No. 22084X* |
| | | Lukas@nka.com |
| 4 | | Matthew H. Morgan, MN State Bar No. 304657* |
| | | Morgan@nka.com |
| 5 | | David C. Zoeller, MN State Bar No. 0387885* |
| | | Zoeller@nka.com |
| 6 | | 4600 IDS Center |
| | | 80 S. 8th Street |
| 7 | | Minneapolis, MN 55402 |
| | | *Admitted pro hac vice |
| 8 | | MHM/nbr |
| 9 | | ATTORNEYS FOR PLAINTIFFS |

1
2

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

3
4

I hereby certify that on June 2, 2008, I caused the following document(s):

5

    Notice of Consent Filing

6

to be served via ECF to the following:

7

    Harold Andrew Bridges    drew@bridges-law.com

8

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

9

    Matthew C Helland    helland@nka.com, assistant@nka.com

10

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

11

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

12

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

13

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

14

Dated: June 2, 2008

15
16
17
18
19
20
21

    s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/nbr

22

ATTORNEYS FOR PLAINTIFFS

23
24
25
26
27
28

# RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Janet L Bedal_     _May 30 2008_
Signature                                   Date

_Janet Lynn Bedal_
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                                 Attn. Matthew Morgan
                                 4600 IDS Center, 80 South Eighth Street,
                                 Minneapolis, MN 55402-2242
                                 Fax: (612) 215-6870
                                 Toll Free Telephone: (877) 448-0492
                                 Email: morgan@nka.com
                                 Web: www.overtimecases.com

REDACTED

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____  6/2/08
Signature                Date

KYLE THOMAS BUSH
Print Full Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com