1   Counsel listed on next page

2

3

4

5

6

7

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

8   Jennifer Meade, individually, on behalf of      **Case No.: C-07-5239-SI**

9   all others similarly situated, and on behalf
    of the general public                           **STIPULATION AND [PROPOSED] ORDER**
                                                     **FOR DISMISSAL OF DEFENDANT**
10                              Plaintiff,           **ADVANTAGE SALES & MARKETING INC.**

11  v.

12  Advantage Sales & Marketing, LLC,               Date:  June 13, 2008
    Advantage Sales & Marketing, Inc.,              Judge:  Hon. Susan Illston
13  Retail Store Services, LLC, and                 Date Action Filed: October 12, 2007
    KSRSS, Inc.
14
                                Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870
* admitted *pro hac vice*
ATTORNEYS FOR PLAINTIFFS

BRIDGES & BRIDGES
Harold A. Bridges, SBN 93560
Maj-le Tate Bridges, SBN 179522
466 Foothill Boulevard, Suite 394
La Canada, CA 91011
Telephone: 626-304-2836
Facsimile: 626-628-0465
drew@bridges-law.com
majle@bridges-law.com
ATTORNEYS FOR DEFENDANTS
ADVANTAGE SALES & MARKETING, LLC,
ADVANTAGE SALES & MARKETING, INC.,
RETAIL STORE SERVICES, LLC

SNELL & WILMER, LLP
Frank Cronin, SBN 69840
Erin A. Denniston, SBN 247785
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: 714-427-7000
Facsimile: 714-427-7799
fcronin@swlaw.com
edenniston@swlaw.com
ATTORNEY FOR DEFENDANT
KSRSS, INC.

-2-

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective counsel of record, that this action against Defendant Advantage Sales & Marketing Inc. be, and hereby is, dismissed pursuant to FRCP Rule 41(a)(1).

Dated:  6/13/2008                                  s/Matthew H. Morgan
                                                   **NICHOLS KASTER & ANDERSON, PLLP**
                                                   Donald H. Nichols, MN State Bar No. 78918*
                                                   Nichols@nka.com
                                                   Paul J. Lukas, MN State Bar No. 22084X*
                                                   Lukas@nka.com
                                                   Matthew H. Morgan, MN State Bar No. 304657*
                                                   Morgan@nka.com
                                                   David C. Zoeller, MN State Bar No. 0387885*
                                                   Zoeller@nka.com
                                                   4600 IDS Center
                                                   80 S. 8th Street
                                                   Minneapolis, MN 55402
                                                   * admitted *pro hac vice*

                                                   **NICHOLS KASTER & ANDERSON, LLP**
                                                   Matthew C. Hallend, CA State Bar No. 250451
                                                   Helland@nka.com
                                                   One Embarcadero Center
                                                   Ste. 720
                                                   San Francisco, CA 94111

                                                   ATTORNEYS FOR PLAINTIFFS


Dated:  6/13/2008                                  s/Harold A. Bridges
                                                   **BRIDGES & BRIDGES**
                                                   Harold A. Bridges, CA State Bar No. 93560
                                                   drew@bridges-law.com
                                                   Maj-le Tate Bridges, CA State Bar No. 179522
                                                   majle@bridges-law.com
                                                   4660 Foothill Boulevard, #394
                                                   La Canada, CA 91011

                                                   ATTORNEYS FOR DEFENDANTS
                                                   ADVANTAGE SALES & MARKETING LLC,
                                                   ADVANTAGE SALES & MARKETING INC.,
                                                   RETAIL STORE SERVICES LLC

[Signatures Continued on Next Page]

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ADVANTAGE SALES & MARKETING INC.

1

Dated: 6/13/2008                    s/Frank Cronin

2                                   **SNELL & WILMER, LLP**
                                    Frank Cronin, CA State Bar No 69840
3                                   fcronin@swlaw.com
                                    Erin A. Denniston, CA State Bar No 247785
4                                   edenniston@swlaw.com
                                    600 Anton Boulevard, Suite 1400
5                                   Costa Mesa, CA 92626

6                                   ATTORNEYS FOR DEFENDANT KSRSS, INC.

7

8

9     **IT IS SO ORDERED.**

10

Dated:

11

_____

12                                  The Hon. Susan Illston
                                    U.S. District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ADVANTAGE SALES & MARKETING INC.