**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing document has been filed with the Clerk of the Court on June 13th, 2008 by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Harold Andrew Bridges | drew@bridges-law.com |
| Frank Cronin | fcronin@swlaw.com, tmartin@swlaw.com |
| Matthew C Helland | helland@nka.com, assistant@nka.com |
| Paul J. Lukas | lukas@nka.com, assistant@nka.com |
| Matthew H Morgan | morgan@nka.com |
| Donald H. Nichols | nichols@nka.com, assistant@nka.com |
| David C. Zoeller | zoeller@nka.com, assistant@nka.com |

**Dated:  June 13th, 2008**                              **NICHOLS KASTER & ANDERSON, PLLP**

s/Sylvia Ewald
Sylvia Ewald
Legal Assistant
4600 IDS Center, 80 S. 8th St.
Minneapolis, Minnesota 55402
Telephone: (612) 256-3294