1 | Counsel listed on next page

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | **Case No.: C-07-5239-SI**<br><br>**JOINT STIPULATION AND PROPOSED ORDER FOR CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE**<br><br><br>Date: June 13, 2008<br>Judge: Hon. Susan Illston<br>Date Action Filed: October 12, 2007 |

JOINT STIPULATION AND PROPOSED ORDER FOR CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE

|   |   |
|---|---|
| 1 | Matthew C. Helland, CA State Bar No. 250451<br>Helland@nka.com |
| 2 | NICHOLS KASTER & ANDERSON, LLP<br>One Embarcadero Center, Ste. 720 |
| 3 | San Francisco, CA 94111<br>Telephone: 415-277-7235 |
| 4 | Facsimile: 415-277-7238 |
| 5 | Donald H. Nichols, MN State Bar No. 78918*<br>Nichols@nka.com |
| 6 | Paul J. Lukas, MN State Bar No. 22084X*<br>Lukas@nka.com |
| 7 | Matthew H. Morgan, MN State Bar No. 304657*<br>Morgan@nka.com |
| 8 | David C. Zoeller, MN State Bar No. 0387885* |
| 9 | NICHOLS KASTER & ANDERSON, PLLP<br>4600 IDS Center |
| 10 | 80 S. 8th Street<br>Minneapolis, MN 55402 |
| 11 | Telephone: 612-256-3200 |
| 12 | Facsimile: 612-215-6870<br>* admitted *pro hac vice* |
| 13 | ATTORNEYS FOR PLAINTIFFS |
| 14 | BRIDGES & BRIDGES |
| 15 | Harold A. Bridges, SBN 93560<br>Maj-le Tate Bridges, SBN 179522 |
| 16 | 466 Foothill Boulevard, Suite 394<br>La Canada, CA 91011 |
| 17 | Telephone: 626-304-2836<br>Facsimile: 626-628-0465 |
| 18 | drew@bridges-law.com<br>majle@bridges-law.com |
| 19 | ATTORNEYS FOR DEFENDANTS |
| 20 | ADVANTAGE SALES & MARKETING LLC,<br>ADVANTAGE SALES & MARKETING, INC., |
| 21 | RETAIL STORE SERVICES, LLC |
| 22 | SNELL & WILMER, LLP |
| 23 | Frank Cronin, SBN 69840<br>Erin A. Denniston, SBN 247785 |
| 24 | 600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626 |
| 25 | Telephone: 714-427-7000<br>Facsimile: 714-427-7799 |
| 26 | fcronin@swlaw.com<br>edenniston@swlaw.com |
| 27 | ATTORNEY FOR DEFENDANT |
| 28 | KSRSS, INC. |

-2-

The parties, by and through their counsel of record, submit this Stipulation and Joint Proposed Order for Conditional Class Certification and Court-Authorized Notice.

WHEREAS, the parties held a series of telephone conferences in June 2008 and thereafter exchanged e-mails resulting in the parties within agreement to conditionally certify the below defined class, without prejudice to any parties' right to subsequently move to decertify said class, and send court-approved notice to be issued to these allegedly similarly situated class members, subject to the terms described in the Order below:

**IT IS HEREBY ORDERED THAT**:

1. The following class is conditionally certified under 29 U.S.C. § 216(b) of the Fair Labor Standards Act (FLSA):

> All persons who are or have been employed by Defendant Retail Store Services LLC ("RSS LLC") or Retail Store Services, Inc., ("RSS, Inc."; now Defendant KSRSS, Inc.) as a Merchandising Representative, and who were classified as exempt employees under the FLSA, at any time within three years prior to this action's filing date through the date of final disposition of this action.

2. The Court shall authorize and approve judicial notice to potential opt-ins to inform them of the action and to give them an opportunity to join this action by opting in. The Notice shall be issued within three (3) business days of Plaintiffs' counsel receiving the list described in Paragraph 4 below. The form of the Notice of Pendency of Lawsuit ("Notice") and Plaintiff Consent Form shall be in the same form as those attached as Exhibit A.

3. Plaintiffs' counsel, Nichols Kaster & Anderson, PLLP, in Minneapolis, Minnesota shall mail the Notice via first-class U.S. Mail, and shall bear the costs of mailing.

4. Defendants RSS LLC and RSS, Inc. (now Defendant KSRSS, Inc.) shall each use their best efforts to provide Plaintiff's counsel with a list no later than twenty (20) days after service of the Court's Order regarding this stipulation, in electronic format, (i.e., Microsoft Excel (.xls), or Symbolic Link (SYLK(.slk)), of all persons employed by it who are or have been employed as a Merchandising Representative, and who were classified as exempt employees under the FLSA, from three years prior to this action's filing date to present, including their

name, most recent known address, dates of employment as a Merchandising Representative, states where employed, and the last four digits of their social security number or their dates of birth.

5. There shall be a ninety (90) day notice period for opting into this lawsuit. Plaintiff Consent Forms post-marked later than 90 days after the Notice is mailed by Plaintiffs' counsel, are not timely, and the individuals sending such untimely Consents shall not be eligible to join this lawsuit.

6. Those persons who have heretofore filed or shall hereafter file a Consent Form seeking to opt-in to this action and who were not employed by Retail Store Services, Inc. or Retail Store Services LLC as a Merchandising Representative and classified as exempt under the FLSA within the three year period prior to the filing of this action are ineligible to become members of the within conditionally certified class and their Consent Form(s) and respective Notice(s) shall be without any force or effect, they are not parties to this action and their Consent Form(s) shall be deemed to have been withdrawn.

Dated: 6/13/2008         s/Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
* admitted *pro hac vice*

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

ATTORNEYS FOR PLAINTIFFS

[Signatures Continued on Next Page]

| | |
|---|---|
| Dated: 6/13/2008 | s/Harold A. Bridges |
| | **BRIDGES & BRIDGES** |
| | Harold A. Bridges, CA State Bar No. 93560 |
| | drew@bridges-law.com |
| | Maj-le Tate Bridges, CA State Bar No. 179522 |
| | majle@bridges-law.com |
| | 466 Foothill Boulevard, #394 |
| | La Canada, CA 91011 |
| | |
| | ATTORNEYS FOR DEFENDANTS |
| | ADVANTAGE SALES & MARKETING LLC, |
| | ADVANTAGE SALES & MARKETING INC., |
| | RETAIL STORE SERVICES LLC |
| | |
| Dated: 6/13/2008 | s/Frank Cronin |
| | **SNELL & WILMER, LLP** |
| | Frank Cronin, CA State Bar No. 69840 |
| | fcronin@swlaw.com |
| | Erin A. Denniston, CA State Bar No. 247785 |
| | edenniston@swlaw.com |
| | 600 Anton Boulevard, Suite 1400 |
| | Costa Mesa, CA 92626 |
| | |
| | ATTORNEYS FOR DEFENDANT KSRSS, INC. |

**IT IS SO ORDERED.**

Dated:

_____

The Hon. Susan Illston
U.S. District Court Judge