1  Counsel listed on next page

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | **Case No.: C-07-5239-SI**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT ADVANTAGE SALES & MARKETING INC.**<br><br>Date: June 13, 2008<br>Judge: Hon. Susan Illston<br>Date Action Filed: October 12, 2007 |

JOINT STIPULATION AND PROPOSED ORDER FOR CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870
* admitted *pro hac vice*
ATTORNEYS FOR PLAINTIFFS

BRIDGES & BRIDGES
Harold A. Bridges, SBN 93560
Maj-le Tate Bridges, SBN 179522
466 Foothill Boulevard, Suite 394
La Canada, CA 91011
Telephone: 626-304-2836
Facsimile: 626-628-0465
drew@bridges-law.com
majle@bridges-law.com
ATTORNEYS FOR DEFENDANTS
ADVANTAGE SALES & MARKETING, LLC,
ADVANTAGE SALES & MARKETING, INC.,
RETAIL STORE SERVICES, LLC

SNELL & WILMER, LLP
Frank Cronin, SBN 69840
Erin A. Denniston, SBN 247785
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Telephone: 714-427-7000
Facsimile: 714-427-7799
fcronin@swlaw.com
edenniston@swlaw.com
ATTORNEY FOR DEFENDANT
KSRSS, INC.

-2-

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ADVANTAGE SALES & MARKETING INC.

**IT IS HEREBY STIPULATED** by and between the parties, by and through their respective counsel of record, that this action against Defendant Advantage Sales & Marketing Inc. be, and hereby is, dismissed pursuant to FRCP Rule 41(a)(1).

Dated: 6/13/2008                                  s/Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
* admitted *pro hac vice*

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

ATTORNEYS FOR PLAINTIFFS

Dated:  6/13/2008                                  s/Harold A. Bridges
**BRIDGES & BRIDGES**
Harold A. Bridges, CA State Bar No. 93560
drew@bridges-law.com
Maj-le Tate Bridges, CA State Bar No. 179522
majle@bridges-law.com
4660 Foothill Boulevard, #394
La Canada, CA 91011

ATTORNEYS FOR DEFENDANTS
ADVANTAGE SALES & MARKETING LLC,
ADVANTAGE SALES & MARKETING INC.,
RETAIL STORE SERVICES LLC

[Signatures Continued on Next Page]

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ADVANTAGE SALES & MARKETING INC.

| | | |
|---|---|---|
| 1 | Dated: 6/13/2008 | s/Frank Cronin |
| 2 | | **SNELL & WILMER, LLP** |
| | | Frank Cronin, CA State Bar No 69840 |
| 3 | | fcronin@swlaw.com |
| 4 | | Erin A. Denniston, CA State Bar No 247785 |
| | | edenniston@swlaw.com |
| 5 | | 600 Anton Boulevard, Suite 1400 |
| | | Costa Mesa, CA 92626 |
| 6 | | |
| | | ATTORNEYS FOR DEFENDANT KSRSS, INC. |

**IT IS SO ORDERED.**

Dated: _____

_s/ Susan Illston_

The Hon. Susan Illston
U.S. District Court Judge

-4-

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ADVANTAGE SALES & MARKETING INC.