TERRY T. JOHNSON, State Bar No. 121569 (tjohnson@wsgr.com)
BORIS FELDMAN, State Bar No. 128838 (boris.feldman@wsgr.com)
BAHRAM SEYEDIN-NOOR, State Bar No. 203244 (bnoor@wsgr.com)
CHERYL W. FOUNG, State Bar No. 108868 (cfoung@wsgr.com)
BRYAN J. KETROSER, State Bar No 239105 (bketroser@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
UTSTARCOM, INC., HONG LIANG LU,
YING WU, MICHAEL SOPHIE, THOMAS TOY,
and FRANCIS BARTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER RUDOLPH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UTSTARCOM, HONG LIANG LU, YING WU, MICHAEL SOPHIE, THOMAS TOY, and FRANCIS BARTON,<br><br>Defendants. | CASE NO.: 3:07-CV-04578-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Date: August 1, 2008<br>Time: 2:30 p.m.<br><br>Before: Hon. Susan Illston |

1   WHEREAS, the parties previously stipulated, and the Court previously ordered, that: a) Defendants had until June 6, 2008 to answer or otherwise respond to the Second Amended Complaint; b) Plaintiff has until July 3, 2008 to file an opposition to Defendants' motion to dismiss; c) Defendants have until July 18, 2008 to file a reply to Plaintiff's opposition; and d) the hearing on Defendant's motion to dismiss would be set for August 1, 2008;

WHEREAS, on June 6, 2008, Defendants filed their motion to dismiss;

WHEREAS, on June 10, 2008, the Deputy Clerk of the Court notified the parties that the hearing on Defendants' motion to dismiss had been continued from August 1, 2008 to August 22, 2008;

WHEREAS, a Case Management Conference in this matter is currently scheduled for August 1, 2008;

WHEREAS, for the convenience of the Court and all parties, the parties wish to reschedule the date of the upcoming Case Management Conference to coincide with the new hearing date selected by the Court for the pending motion to dismiss;

WHEREAS, the parties also wish to conform the briefing schedule for the pending motion to dismiss with the new hearing date;

WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have agreed to the briefing schedule set forth below for Defendants' motion to dismiss;

WHEREAS, the parties therefore stipulate that: a) Plaintiff shall oppose Defendants' motion to dismiss by July 18, 2008; b) Defendants shall file their reply to any opposition to their motion to dismiss by August 8, 2008; c) the Case Management Conference for this matter shall be continued to August 22, 2008, to coincide with the hearing on the motion to dismiss:

NOW THEREFORE, pursuant to the parties' stipulation and subject to the Court's approval:

(a)   Plaintiff shall oppose Defendants' motion to dismiss by July 18, 2008;

(b)   Defendants shall file their reply to any opposition to their motion to dismiss by August 8, 2008; and

JOINT STIPULATION AND [PROPOSED] ORDER RE
CMC AND BRIEFING SCHEDULE FOR
DEFENDANTS' MOT. TO DISMISS
CASE NO. 3:07-CV-04578-SI

-1-

(c)   The Case Management Conference for this matter shall be continued to August 22, 2008, to coincide with the hearing on the motion to dismiss:

IT IS SO STIPULATED.

Dated: June 10, 2008            WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

                                By: /s/ BAHRAM SEYEDIN-NOOR
                                    BAHRAM SEYEDIN-NOOR

                                Attorneys for Defendants

Dated: June 10, 2008            FINKELSTEIN, THOMPSON LLP

                                By: /s/ DONALD J. ENRIGHT
                                    DONALD J. ENRIGHT

                                Attorneys for Plaintiff

## ORDER

PURSUANT TO THIS STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____    _____
                                  The Honorable Susan Illston
                                  United States District Court Judge

The case management conference is continued to 8/22/08 @ 2:30 p.m.

1  I, Bryan Ketroser, am the ECF User whose identification and password are being used to
2  file the Joint Stipulation and [Proposed] Order Regarding Case Management Conference and
3  Briefing Schedule for Defendants' Motion to Dismiss. I hereby attest that Bahram Seyedin-Noor
4  and Donald J. Enright have concurred in this filing.

6  Dated: June 10, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ BRYAN KETROSER
    BRYAN KETROSER

Attorneys for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER RE         -3-
CMC AND BRIEFING SCHEDULE FOR
DEFENDANTS' MOT. TO DISMISS
CASE NO. 3:07-CV-04578-SI