1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918*
2  Nichols@nka.com
   Paul J. Lukas, MN State Bar No. 22084X*
3  Lukas@nka.com
   Matthew H. Morgan, MN State Bar No. 304657*
4  Morgan@nka.com
   David C. Zoeller, MN State Bar No. 0387885*
5  Zoeller@nka.com
   NICHOLS KASTER & ANDERSON, PLLP
6  4600 IDS Center
   80 S. 8th Street
7  Minneapolis, MN 55402
   *Admitted pro hac vice

8  ATTORNEYS FOR PLAINTIFFS

9          IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
10

11  Jennifer Meade, individually, on behalf of
    all others similarly situated, and on behalf          Case No: C-07-5239-SI
12  of the general public
                                                          NOTICE OF CONSENT FILING
13                      Plaintiff,

14  v.

15  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
16  Retail Store Services, LLC, and KSRSS,
    Inc.
17

18                      Defendants.

19

20

21          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22  attached Consent Form(s) for the following person(s):

23

24  Read            Nicole

25

26

27

28

1    Dated: July 2, 2008

s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/nbr

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on July 2, 2008, I caused the following document(s):

   Notice of Consent Filing

to be served via ECF to the following:

   Harold Andrew Bridges    drew@bridges-law.com

   Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

   Matthew C Helland    helland@nka.com, assistant@nka.com

   Paul J. Lukas    lukas@nka.com, assistant@nka.com

   Matthew H Morgan    morgan@nka.com, assistant@nka.com

   Donald H. Nichols    nichols@nka.com, assistant@nka.com

   David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated:  July 2, 2008

                           s/ Matthew H. Morgan
                           **NICHOLS KASTER & ANDERSON, PLLP**
                           Donald H. Nichols, MN State Bar No. 78918*
                           Nichols@nka.com
                           Paul J. Lukas, MN State Bar No. 22084X*
                           Lukas@nka.com
                           Matthew H. Morgan, MN State Bar No. 304657*
                           Morgan@nka.com
                           David C. Zoeller, MN State Bar No. 0387885*
                           Zoeller@nka.com
                           4600 IDS Center
                           80 S. 8th Street
                           Minneapolis, MN 55402
                           *Admitted pro hac vice
                           MHM/nbr

                           ATTORNEYS FOR PLAINTIFFS

**JENNIFER MEADE, ET AL., V. RETAIL STORE SERVICES, LLC, ADVANTAGE SALES & MARKETING, LLC, ADVANTAGE SALES & MARKETING, INC. AND KSRSS, INC. PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay. During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_Nicole Read_                    07/02/08
Signature                                Date

_Nicole Read_
Print Name

**MAIL OR FAX TO:**
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200

REDACTED