1
NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918*
2
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
3
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
4
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
5
Zoeller@nka.com
NICHOLS KASTER & ANDERSON, PLLP
6
4600 IDS Center
80 S. 8th Street
7
Minneapolis, MN 55402
*Admitted pro hac vice

8
ATTORNEYS FOR PLAINTIFFS

9
**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
10

11
Jennifer Meade, individually, on behalf of
all others similarly situated, and on behalf
12
of the general public
13

14
v.

15
Advantage Sales & Marketing, LLC,
Advantage Sales & Marketing, Inc., and
16
Retail Store Services, LLC, and KSRSS,
Inc.
17

18

19

20

21
     PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
22
attached Consent Form(s) for the following person(s):
23

24
Kupetz          Zachary
Qutiveros       Ezra
25

26

27

28

|  |  |
|---|---|
| Plaintiff, | Case No: C-07-5239-SI |
|  | **NOTICE OF CONSENT FILING** |
| Defendants. |  |

1

2   Dated: July 10, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/nbr

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on July 10, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges   drew@bridges-law.com

    Frank Cronin   fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland   helland@nka.com, assistant@nka.com

    Paul J. Lukas   lukas@nka.com, assistant@nka.com

    Matthew H Morgan   morgan@nka.com, assistant@nka.com

    Donald H. Nichols   nichols@nka.com, assistant@nka.com

    David C. Zoeller   zoeller@nka.com, assistant@nka.com

Dated: July 10, 2008

                    s/ Matthew H. Morgan
                    **NICHOLS KASTER & ANDERSON, PLLP**
                    Donald H. Nichols, MN State Bar No. 78918*
                    Nichols@nka.com
                    Paul J. Lukas, MN State Bar No. 22084X*
                    Lukas@nka.com
                    Matthew H. Morgan, MN State Bar No. 304657*
                    Morgan@nka.com
                    David C. Zoeller, MN State Bar No. 0387885*
                    Zoeller@nka.com
                    4600 IDS Center
                    80 S. 8th Street
                    Minneapolis, MN 55402
                    *Admitted pro hac vice
                    MHM/nbr

                    ATTORNEYS FOR PLAINTIFFS

REDACTED

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____    5/15/08
Signature                              Date

Zachary J Kupeta
Print Full Name

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn. Matthew Morgan
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, MN 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: morgan@nka.com
                           Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_____    _____
Signature                                              Date

_____
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com