| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON, PLLP |
| | Donald H. Nichols, MN State Bar No. 78918* |
| 2 | Nichols@nka.com |
| | Paul J. Lukas, MN State Bar No. 22084X* |
| 3 | Lukas@nka.com |
| | Matthew H. Morgan, MN State Bar No. 304657* |
| 4 | Morgan@nka.com |
| | David C. Zoeller, MN State Bar No. 0387885* |
| 5 | Zoeller@nka.com |
| | NICHOLS KASTER & ANDERSON, PLLP |
| 6 | 4600 IDS Center |
| | 80 S. 8th Street |
| 7 | Minneapolis, MN 55402 |
| | *Admitted pro hac vice |

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No: C-07-5239-SI |
| Plaintiff, | **NOTICE OF CONSENT FILING** |
| v. | |
| Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc. | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Garrett      James
Martinez     Salvador
McWhorter    David

| | | |
|---|---|---|
| 1 | Dated: July 16, 2008 | s/ Matthew H. Morgan |
| 2 | | **NICHOLS KASTER & ANDERSON, PLLP**<br>Donald H. Nichols, MN State Bar No. 78918* |
| 3 | | Nichols@nka.com<br>Paul J. Lukas, MN State Bar No. 22084X* |
| 4 | | Lukas@nka.com<br>Matthew H. Morgan, MN State Bar No. 304657* |
| 5 | | Morgan@nka.com<br>David C. Zoeller, MN State Bar No. 0387885* |
| 6 | | Zoeller@nka.com<br>4600 IDS Center |
| 7 | | 80 S. 8th Street<br>Minneapolis, MN 55402 |
|   | | *Admitted pro hac vice |
| 8 | | MHM/laj |
| 9 | | ATTORNEYS FOR PLAINTIFFS |

07/15/2008  14:35    9712550574              GARRETT'S                              PAGE  01

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JAMES GARRETT

REDACTED

If any of the above information has changed, please update

_[signature]_                    7-15-08
Signature                         Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

# RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SALVADOR MARTINEZ

REDACTED

If any of the above information has changed, please update

Signature    Date 7/15/2008

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

07/05/2008  07:58    4062579296                    DAVID MCWHORTER                          PAGE  01/01

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DAVID MCWHORTER

REDACTED

If any of the above information has changed, please update

Signature                                              7-14-08
                                                       Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

# CERTIFICATE OF SERVICE
Meade et al v. Retail Store Services, LLC
## Case No. C-07-5239-SI

I hereby certify that on July 16, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated: July 16, 2008

    s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS