1  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918*
2  Nichols@nka.com
   Paul J. Lukas, MN State Bar No. 22084X*
3  Lukas@nka.com
   Matthew H. Morgan, MN State Bar No. 304657*
4  Morgan@nka.com
   David C. Zoeller, MN State Bar No. 0387885*
5  Zoeller@nka.com
   NICHOLS KASTER & ANDERSON, PLLP
6  4600 IDS Center
   80 S. 8th Street
7  Minneapolis, MN 55402
   *Admitted pro hac vice

8  ATTORNEYS FOR PLAINTIFFS

9            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11  Jennifer Meade, individually, on behalf of
    all others similarly situated, and on behalf         Case No: C-07-5239-SI
12  of the general public
                                                   **NOTICE OF CONSENT FILING**
13                          Plaintiff,

14  v.

15  Advantage Sales & Marketing, LLC,
    Advantage Sales & Marketing, Inc., and
16  Retail Store Services, LLC, and KSRSS,
    Inc.
17

18                          Defendants.

19

20

21         PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

22  attached Consent Form(s) for the following person(s):

23  Ball          Garland
    Boaz          Suzanne
24  Brown         Ryan
    Cadena        Joseph
25  Carter        Damali
    Chance        Shon
26  Cohen         Jacob
    Conner        Pat
27  Dellavalle    Kelli
    Feinstein     Aaron
28  Ford          James
    Fuson         William

| | |
|---|---|
| Gutkaes | Patricia |
| Hale | Becky |
| Hall | Patricia |
| Hudock | Jessica |
| Hurrle | Terry |
| Ireson | Scott |
| Janssen | Steven |
| Krasowski | Steven |
| Krcil | Susan |
| Laituri | Robert |
| Larson | Virginia |
| Nunez | Sara |
| Olsen | Damon |
| Powers | David |
| Rapoza | Crisceda |
| Rapoza | George |
| Stith | Sherida |
| Tenbrook | Danielle |
| Tran | John |
| Valencia | Lonnie |
| Weymer | Clayton |
| Whitehill | Curt |
| Wilson | Jason |

Dated: July 18, 2008

s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

GARLAND BALL

REDACTED

_Harl. QR.Bail 15 July 08_
Signature                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SUZANNE BOAZ

REDACTED

*Suzanne R Boaz*          7-14-08

Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

RYAN BROWN

REDACTED

If any of the above information has changed, please update

*Ryan Brown*     7-14-08

Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JOSEPH CADENA

REDACTED

7-14-08

Signature                                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

       I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DAMALI CARTER

REDACTED

*Damali Carter* · 7/14/2008
Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SHON CHANCE

REDACTED

Signature                    Date
7-14-08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JACOB COHEN



**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

PAT CONNER

REDACTED

*Pat Conn*                    7/14/08
Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

KELLI DELLAVALLE
8469 Plaris Drive



REDACTED

Signature                            Date

REDACTED

Fax, Mail or Email to:
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

AARON FEINSTEIN

REDACTED

If any of the above information has changed, please update

Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JAMES FORD

REDACTED

_James Ford_        7-14-08

Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

WILLIAM FUSON

REDACTED

7-15-08

Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

     I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

PATRICIA GUTKAES

REDACTED

*PcAqJA* 7/14/08

Signature               Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

BECKY HALE

REDACTED

*Becky Hale - Morgheim*                    7/15/08

Signature                                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

PATRICIA HALL

REDACTED

*Patricia Hall*                  7/14/08
Signature                        Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JESSICA HUDOCK

REDACTED

Signature _____ Date 7/13/08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

### RSS PLAINTIFF CONSENT FORM

   I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

TERRY HURRLE



REDACTED

7/14/08

Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

    I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SCOTT JRESON

REDACTED

*Scott E Jreson*    7-16-08
Signature _____    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

REDACTED

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

STEVEN JANSSEN

REDACTED

Steve Janssen                    7-17-08
Signature                        Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

STEVEN KRASOWSKI

REDACTED

*Steve Krasuski*    02-15-08
Signature              Date

REDACTED

Fax, Mail or Email to:
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SUSAN KRCIL

REDACTED

*Susan K. Krcil*        7-15-08

Signature            Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

    I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ROBERT LAITURI

REDACTED

Signature                  7/14/08  Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

_Virginia Lou Larson_  7-18-08
Signature                              Date

_Virginia Lou Larson_
Print Full Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

---

## RSS PLAINTIFF CONSENT FORM

---

     I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SARA NUNEZ

REDACTED

_Sara Nunez_     7/14/08

Signature                Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

  I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DAMON OLSEN

REDACTED

_____ 7-14-08
Signature        Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DAVID POWERS

REDACTED

_David T. P_                    7-14-08
Signature                      Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

CRISCEDA RAPOZA

REDACTED

*Crisceda Rapoza*            07/15/2008
Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

GEORGE RAPOZA

REDACTED

_George Rapoza_      07/15/2008
Signature                Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SHERIDA STITH

REDACTED

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DANIELLE TENBROOK

REDACTED

*Danielle TenBrook* 7/15/08
Signature                          Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JOHN TRAN



REDACTED

7-14-08

Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

---

## RSS PLAINTIFF CONSENT FORM

---

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

LONNIE VALENCIA

| REDACTED |
|----------|

If any of the above information has changed, please update

*Lonnie Valencia*    7-14-08

Signature                                      Date

| REDACTED |
|----------|

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**



REDACTED

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

CLAYTON WEYMER

REDACTED

_Clayto Weymer_                    7/17/08
Signature                          Date

REDACTED

Fax, Mail or Email to:
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

CURT WHITEHILL

REDACTED

If any of the above information has changed, please update

*Curt Whitehill*          7-17-08
Signature                 Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

      I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JASON WILSON

REDACTED

If any of the above information has changed, please update

7/14/08

Signature                                                        Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on July 18, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges   drew@bridges-law.com

    Frank Cronin   fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland   helland@nka.com, assistant@nka.com

    Paul J. Lukas   lukas@nka.com, assistant@nka.com

    Matthew H Morgan   morgan@nka.com, assistant@nka.com

    Donald H. Nichols   nichols@nka.com, assistant@nka.com

    David C. Zoeller   zoeller@nka.com, assistant@nka.com

Dated:  July 18, 2008

                           s/ Matthew H. Morgan
                           **NICHOLS KASTER & ANDERSON, PLLP**
                           Donald H. Nichols, MN State Bar No. 78918*
                           Nichols@nka.com
                           Paul J. Lukas, MN State Bar No. 22084X*
                           Lukas@nka.com
                           Matthew H. Morgan, MN State Bar No. 304657*
                           Morgan@nka.com
                           David C. Zoeller, MN State Bar No. 0387885*
                           Zoeller@nka.com
                           4600 IDS Center
                           80 S. 8th Street
                           Minneapolis, MN 55402
                           *Admitted pro hac vice
                           MHM/laj

                           ATTORNEYS FOR PLAINTIFFS