NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No: C-07-5239-SI |
| Plaintiff, | **NOTICE OF CONSENT FILING** |
| v. | |
| Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc. | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

| | |
|---|---|
| Altman | Robert |
| Anderson | Paul |
| Bates | Wendy |
| Beltran | Rick |
| Billingsley | Timothy |
| Boles | Amy |
| Carolus | David |
| Carrillo | Claudia |
| Cruz | Francisco |
| Dooley | Whit |
| Etcheverry | Niki |
| Gardea | Martena |
| George | Robert |

| | |
|---|---|
| Gokey | Pamela |
| Gomez | Susie |
| Helme | Guy |
| James | Kim |
| Johns | Jamie |
| Lawton | Kelly |
| Lopez | Elizabeth |
| Lynch | Thomas |
| Marino | Christine |
| Martinez | Armando |
| McKnight | John |
| Mejia | Rosemary |
| Morris | Glenn |
| Mortensen | Brianna |
| Murphy, Jr. | Steven |
| Oliver | William |
| Reyes | Augustine |
| Robinson | Antwan |
| Rombough | Sheridan |
| Schafer | Michael |
| Smith | Lisa |
| Sturtevant | Hope |
| Swinfard | Tiffany |
| Zabinski | William |
| Ziegler | Shannon |

Dated: July 21, 2008

s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS

## MEAD, ET AL., V. RETAIL STORE SERVICES, INC., ET AL.
### PLAINTIFF CONSENT FORM
### NKA FILE NO. 10718-01

I hereby consent to join the lawsuit against Retail Store Services, Inc., Advantage Sales & Marketing, LLC, and Retail Store Services, LLC as a Plaintiff to assert claims for unpaid wages and overtime pay.   During my time working for the named defendants, I was not compensated for time spent working before clocking in, and after clocking out.

_____ 8-11-08

Signature                                      Date

ROBERT ALTMAN

Print Name

**MAIL OR FAX TO:**
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Fax: (612) 338-4878
Toll-Free: (877) 448-0492
Direct: (612) 256-3200

REDACTED

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

PAUL ANDERSON

REDACTED

*For Paul Anderson Deceased*

Signature *Michael Anderson*     Date *7-16-08*
*Administrator of the Estate*

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

     I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

WENDY BATES

REDACTED

Wendy Bates       7-16-08
Signature           Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

RICK BELTRAN



REDACTED

Signature                                7/11/2008
                                         Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

---

### RSS PLAINTIFF CONSENT FORM

---

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

TIMOTHY BILLINGSLEY

REDACTED

_Timothy Billingsley_ 7/17/08
Signature                Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

---

### RSS PLAINTIFF CONSENT FORM

---

      I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

AMY BOLES



REDACTED

Signature                     Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DAVID CAROLUS SR



REDACTED

7-16-08

Signature                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

CLAUDIA CARRILLO

REDACTED

Signature                                    Date  7/14/08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

FRANCISCO CRUZ

REDACTED

If any of the above information has changed, please update

_____     7/17/08
Signature                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

WHIT DOOLEY

REDACTED

_(signature)_ 7·16·2008

Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

JUL-18-08   10:11     | REDACTED |     T-572   P.002/002   F-548

## RSS PLAINTIFF CONSENT FORM

    I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

NIKI ETCHEVERRY

| REDACTED |

7-18-08

Signature        Date

| REDACTED |

Fax, Mail or Email to:
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

| REDACTED |

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.



MARTENA GARDEA

REDACTED

_____    7/14/08

Signature                  Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ROBERT GEORGE

<div style="border:1px solid">REDACTED</div>

_____    7/-14/08
Signature                                        Date

<div style="border:1px solid">REDACTED</div>

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

     I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

PAMELA GOKEY



REDACTED

Signature               7/13/08
                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SUSIE GOMEZ

REDACTED

_Susie a Gomez_    07/15/08
Signature                      Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

GUY HELME



REDACTED

_____         _____
Signature                       Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

KIM JAMES

REDACTED

If any of the above information has changed, please update

_Kim James_          7/16/09
Signature                Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JAMIE JOHNS



REDACTED

07/14/08

Signature            Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**



1 19 08 01:35p                                                                    P.1

---

### RSS PLAINTIFF CONSENT FORM

---

   I hereby consent to join the action against Retail Store Services LLC, and Retail Store
Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay.
During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services
LLC as a merchandising representative and was not paid for all my overtime hours worked.

KELLY LAWTON

| REDACTED |
|---|

_Kelly Lawton_    7/14/08
Signature          Date

| REDACTED |
|---|
|  |

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ELIZABETH LOPEZ

REDACTED

If any of the above information has changed, please update

Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

THOMAS LYNCH



REDACTED

Signature                                Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

CHRISTINE MARINO

REDACTED

*Christine Marino*    7/15/08

Signature                                Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ARMANDO MARTINEZ

REDACTED

_____    7/17/08
Signature                          Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

      I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JOHN MCKNIGHT

REDACTED

Signature _____ Date 7/16/08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ROSEMARY MEJIA



REDACTED

Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

GLENN MORRIS

REDACTED

If any of the above information has changed, please update

_____  7-14-08
Signature                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

BRIANNA MORTENSEN



REDACTED

BRIANNA SUTTON

Signature                                         Date

07/16/08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

STEVEN MURPHY JR



REDACTED

Signature           Date    7-17-08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

WILLIAM OLIVER

REDACTED

_William Oliver_    July 14, 08

Signature                         Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

AUGUSTINE REYES

REDACTED

If any of the above information has changed, please update

_Augustine J. Reyes_       9/15/08
Signature                          Date

_(818) 741-9087_
Best Telephone Numbers

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ANTWAN ROBINSON

REDACTED

_____    7/10/08
Signature                              Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

   I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SHERIDAN ROMBOUGH

REDACTED

If any of the above information has changed, please update

*Sheridan Rombough* 7/16/08
Signature                                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

    I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

MICHAEL SCHAFER

REDACTED

Signature _____ Date 7-16-08

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.



LISA SMITH

REDACTED

*Lisa A. Smith*          7-17-08
Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

## RSS PLAINTIFF CONSENT FORM

     I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

HOPE STURTEVANT

REDACTED

*Hope Sturtevant*   7-14-08

Signature             Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

---

### RSS PLAINTIFF CONSENT FORM

---

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

TIFFANY SWINFARD



Signature                    Date    7/15/08

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

WILLIAM ZABINSKI

REDACTED

_William Zabinski_    7/15/08
Signature                Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

---

### RSS PLAINTIFF CONSENT FORM

---

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

SHANNON ZIEGLER



REDACTED

Signature                           Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

1

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

2

3

I hereby certify that on July 21, 2008, I caused the following document(s):

4

    Notice of Consent Filing

5

to be served via ECF to the following:

6

    Harold Andrew Bridges   drew@bridges-law.com

7

    Frank Cronin   fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

8

    Matthew C Helland   helland@nka.com, assistant@nka.com

9

    Paul J. Lukas   lukas@nka.com, assistant@nka.com

10

    Matthew H Morgan   morgan@nka.com, assistant@nka.com

11

    Donald H. Nichols   nichols@nka.com, assistant@nka.com

12

    David C. Zoeller   zoeller@nka.com, assistant@nka.com

13

14

Dated:  July 21, 2008

15

                         s/ Matthew H. Morgan
                         **NICHOLS KASTER & ANDERSON, PLLP**

16

                         Donald H. Nichols, MN State Bar No. 78918*
                         Nichols@nka.com

17

                         Paul J. Lukas, MN State Bar No. 22084X*
                         Lukas@nka.com

18

                         Matthew H. Morgan, MN State Bar No. 304657*
                         Morgan@nka.com

19

                         David C. Zoeller, MN State Bar No. 0387885*
                         Zoeller@nka.com

20

                         4600 IDS Center
                         80 S. 8th Street

21

                         Minneapolis, MN 55402
                         *Admitted pro hac vice
                         MHM/laj

22

                         ATTORNEYS FOR PLAINTIFFS

23

24

25

26

27

28