Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
Matthew H. Morgan, MN State Bar No. 304657
Morgan@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | Case No.: C-07-5239-SI<br><br>**DECLARATION OF MAILING** |

1. My name is Matthew Morgan and I am one of the attorneys representing Plaintiffs in the above-referenced matter. I make this Declaration based on my personal knowledge and information.

2. I submit this Declaration of Mailing per the Court's instruction on July 18, 2008.

3. On or about June 19, 2008, the Court signed a Stipulation on Conditional Certification and Judicial Notice.

4. As a result of such Order, on July 10, 2008, Defendants Advantage Sales & Marketing, LLC and Retail Store Services, LLC provided Plaintiffs with a list of the putative class members. Judicial Notice was sent to such members by my office on July 11, 2008.

5. Shortly after the list was provided, but still on July 10, 2008, Defendants Advantage Sales & Marketing, LLC and Retail Store Services, LLC provided Plaintiffs with a document that contained identities of additional putative class members who were not identified on the original list. Judicial Notice was sent to such members by my office on July 14, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2008                    s/Matthew H. Morgan
                                        Matthew H. Morgan