NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public

Plaintiff,

v.

Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc.

Defendants.

Case No: C-07-5239-SI

**NOTICE OF CONSENT FILING**

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Bernal | Darrell |
| Espinosa | Jose |
| Hansen | Derek |
| Harvey | John |
| Hernandez | Karen |
| Morris | Gina |
| Quismorio | David |
| Rodriguez JR | Orlando |
| Sellmeyer | Ryan |

| | | |
|---|---|---|
| 1 | Dated: July 24, 2008 | s/ Matthew H. Morgan |
| | | **NICHOLS KASTER & ANDERSON, PLLP** |
| 2 | | Donald H. Nichols, MN State Bar No. 78918* |
| | | Nichols@nka.com |
| 3 | | Paul J. Lukas, MN State Bar No. 22084X* |
| | | Lukas@nka.com |
| 4 | | Matthew H. Morgan, MN State Bar No. 304657* |
| | | Morgan@nka.com |
| 5 | | David C. Zoeller, MN State Bar No. 0387885* |
| | | Zoeller@nka.com |
| 6 | | 4600 IDS Center |
| | | 80 S. 8th Street |
| 7 | | Minneapolis, MN 55402 |
| | | *Admitted pro hac vice |
| 8 | | MHM/laj |
| 9 | | ATTORNEYS FOR PLAINTIFFS |

# CERTIFICATE OF SERVICE
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on July 24, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated: July 24, 2008

    s/ Matthew H. Morgan
**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS

# RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

Darrell Bernal

REDACTED

If any of the above information has changed, please update

*Signature:* /s/ Darrell Bernal    *Date:* 7-16-08

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

### RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JOSE ESPINOSA

REDACTED

If any of the above information has changed, please update

Signature: *Joe Espinosa*     Date: 7-20-8

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

# RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services, LLC, Advantage Sales & Marketing, LLC and Advantage Sales & Marketing, Inc. ("RSS") as a Plaintiff to assert claims for unpaid wages and overtime pay. During at least the past three years, there were occasions when I either worked overtime or worked off the clock as a merchandising representative or performing the job responsibilities of a merchandising representative and did not receive compensation.

Signature: *[signed]*   Date: 7/23/08

Print Full Name: Derek Hansen

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn. Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

JOHN HARVEY

REDACTED

If any of the above information has changed, please update

_/s/ Harvey_  7/18/08
Signature                Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

     I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

KAREN HERNANDEZ

REDACTED

If any of the above information has changed, please update

*Karen Hernandez*  7-21-08
Signature                                Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

GINA MORRIS

REDACTED

If any of the above information has changed, please update

*/s/ Gina Morris*   7/21/08
Signature           Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

DAVID QUISMORIO

REDACTED

If any of the above information has changed, please update

*David Quismorio*   7-22-08
Signature                     Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ORLANDO RODRIGUEZ JR

REDACTED

If any of the above information has changed, please update

*[Signature: Orlando Rodriguez Jr.]*   7/20/08
Signature                                Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

Ryan Sellmeyer

REDACTED

If any of the above information has changed, please update

Signature            Date: 7/16/14

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com