**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-5239 SI           Judge:   SUSAN ILLSTON

Title: JENNIFER MEADE  -v- ADVANTAGE SALES

Attorneys: M. Morgan            H. Bridges, F. Cronin

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to  11/14/08  @ 2:30 p.m. for Further Case Management Conference

Case continued to  @ 3:30 p.m.  for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties will participate in a mediation session with Mr. Haldeman. This session shall occur mid to late October 2008.

The parties have agreed to stay discovery pending further settlement discussions.

Plaintiff must file a declaration of mailing within one week.