1  NICHOLS KASTER, PLLP
   Donald H. Nichols, MN State Bar No. 78918*
2  Nichols@nka.com
   Paul J. Lukas, MN State Bar No. 22084X*
3  Lukas@nka.com
   Matthew H. Morgan, MN State Bar No. 304657*
4  Morgan@nka.com
   David C. Zoeller, MN State Bar No. 0387885*
5  Zoeller@nka.com
   NICHOLS KASTER, PLLP
6  4600 IDS Center
   80 S. 8th Street
7  Minneapolis, MN 55402
   *Admitted pro hac vice

8  ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No: C-07-5239-SI |
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| v. | |
| Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc. | |
| Defendants. | |

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE TAKE NOTICE TAKE effective August 1, 2008, the law firm of Nichols Kaster & Anderson, PLLP changed its name to Nichols Kaster, PLLP. Our address, phone number, and fax number have not changed.

Dated: August 1, 2008

_____
NICHOLS KASTER, PLLP

Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS