AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ **District of**  CALIFORNIA

| | |
|---|---|
| JENNIFER MEADE, et al. | |
| | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| ADVANTAGE SALES & MARKETING, LLC, et al. | |
| Defendant (s), | **CASE NUMBER:** C-07-5239-SI |

Notice is hereby given that, subject to approval by the court, Advantage Sales & Marketing LLC   substitutes

_____ (Party (s) Name)

Angela K. Knarr _____, State Bar No. 216032 _____ as counsel of record in
            (Name of New Attorney)

place of   Harold A. Bridges _____
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Latham & Watkins LLP

Address:        650 Town Center Drive, Suite 2000, Costa Mesa, California 92626

Telephone:      (714) 540-1235                    Facsimile  (714) 755-8290

E-Mail (Optional):   angie.knarr@lw.com

I consent to the above substitution.

Date:    August 1, 2008                          Advantage Sales&Marketing , LLC

                                                 _____
                                                       (Signature of Party (s))

I consent to being substituted.

Date:    August 7, 2008                          Harold A. Bridges

                                                 _____
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    August 7, 2008

                                                 _____
                                                       (Signature of New Attorney)
                                                 Angela K. Knarr

The substitution of attorney is hereby approved and so ORDERED.

Date:    _____            _____
                                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

1

## PROOF OF SERVICE

2

   I am employed in the County of Orange, State of California.  I am
3 over the age of 18 years and not a party to this action.  My business address is
Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA
4 92626-1925.

5      On **August 20, 2008**, I served the following document described as:

6 **CONSENT ORDER GRANTING SUBSTITUTION OF
ATTORNEY**

7 by serving a true copy of the above-described document in the following manner:

8      **BY U.S. MAIL**

9    I am familiar with the office practice of Latham & Watkins LLP for
collecting and processing documents for mailing with the United States Postal
10 Service.  Under that practice, documents are deposited with the Latham & Watkins
LLP personnel responsible for depositing documents with the United States Postal
11 Service; such documents are delivered to the United States Postal Service on that
same day in the ordinary course of business, with postage thereon fully prepaid.  I
12 deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or
package containing the above-described document and addressed as set forth
13 below in accordance with the office practice of Latham & Watkins LLP for
collecting and processing documents for mailing with the United States Postal
14 Service:

15      Maj-Le Tate Bridges, Esq.
Bridges & Bridges
16      466 Foothill Boulevard, #394
La Canada, California 91011

17

18      I declare that I am employed in the office of a member of the Bar of,
or permitted to practice before, this Court at whose direction the service was made
19 and declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.
20

21      Executed on **August 20, 2008**, at Costa Mesa, California.

22

23      Debra A. Sanders

24

25

26

27

28