AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

JENNIFER MEADE, et al.

               Plaintiff(s),

V.

ADVANTAGE SALES & MARKETING, LLC, et al.

               Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-07-5239-SI

Notice is hereby given that, subject to approval by the court, Retail Store Services LLC substitutes
                                                     (Party(s) Name)

Jon D. Anderson
           (Name of New Attorney), State Bar No. 075694 as counsel of record in

place of   Harold A. Bridges
               (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Latham & Watkins LLP
    Address:           650 Town Center Drive, Suite 2000, Costa Mesa, California 92626
    Telephone:       (714) 540-1235         Facsimile (714) 755-8290
    E-Mail (Optional):  jon.anderson@lw.com

I consent to the above substitution.
Date:   August __, 2008

Retail Store Services LLC
_____
(Signature of Party(s))

I consent to being substituted.
Date:   August __, 2008

Harold A. Bridges
_____
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:   August 7, 2008

_____
(Signature of New Attorney)
Jon D. Anderson

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **August 20, 2008**, I served the following document described as:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Maj-Le Tate Bridges, Esq.
Bridges & Bridges
466 Foothill Boulevard, #394
La Canada, California 91011

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 20, 2008**, at Costa Mesa, California.

Debra A. Sanders