UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 8/15/08

Case No.   C-08-2247SI          Judge:   SUSAN ILLSTON

Title: RINDY MERRIFIELD  -v- MUTUAL SERVICE

Attorneys: T. Canning          Wm. Turner

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **12/5/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **4/3/09     @ 9:00 a.m.**   for Motions
(Motion due **2/27/09**, Opposition **3/13/09** Reply **3/20/09**)

Case continued to **5/12/09    @ 3:30 p.m.** for Pretrial Conference

Case continued to **5/25/09    @ 8:30 a.m.** for Trial (JURY:  Days)
Discovery Cutoff: 12/19/08  Designate Experts by: 1/5/09, Rebuttal Experts:1/16/09, Expert Discovery Cutoff: 2/13/09

ORDERED AFTER HEARING:
The parties have agreed to participate in private mediation within 90 days.  Counsel shall inform the Court of the name of the mediator.


cc: ADR