NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

Albertson      Richard
Silva          Elizabeth

Dated: August 22, 2008                s/ Matthew H. Morgan
                                      **NICHOLS KASTER, PLLP**

Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS

REDACTED

## RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

RICHARD ALBERTSON

REDACTED

If any of the above information has changed, please update

Signature  cell       8/20/08
                      Date

REDACTED

Fax, Mail or Email to:
Nichols Kaster & Anderson, PLLP
Attn.: Matthew Morgan
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: Morgan@nka.com
Web: www.overtimecases.com

REDACTED

# RSS PLAINTIFF CONSENT FORM

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

ELIZABETH SILVA

REDACTED

If any of the above information has changed, please update

*Elizabeth Silva*    8/15/08
Signature                    Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

**CERTIFICATE OF SERVICE**
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on August 22, 2008, I caused the following document(s):

    Notice of Consent Filing

to be served via ECF to the following:

    Harold Andrew Bridges    drew@bridges-law.com

    Frank Cronin    fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

    Matthew C Helland    helland@nka.com, assistant@nka.com

    Paul J. Lukas    lukas@nka.com, assistant@nka.com

    Matthew H Morgan    morgan@nka.com, assistant@nka.com

    Donald H. Nichols    nichols@nka.com, assistant@nka.com

    David C. Zoeller    zoeller@nka.com, assistant@nka.com

Dated:  August 22, 2008

        s/ Matthew H. Morgan
        **NICHOLS KASTER, PLLP**
        Donald H. Nichols, MN State Bar No. 78918*
        Nichols@nka.com
        Paul J. Lukas, MN State Bar No. 22084X*
        Lukas@nka.com
        Matthew H. Morgan, MN State Bar No. 304657*
        Morgan@nka.com
        David C. Zoeller, MN State Bar No. 0387885*
        Zoeller@nka.com
        4600 IDS Center
        80 S. 8th Street
        Minneapolis, MN 55402
        *Admitted pro hac vice
        MHM/laj

        ATTORNEYS FOR PLAINTIFFS