NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., and Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | Case No: C-07-5239-SI<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Malamud     Irwin
Rodriguez   Angela

Dated: September 8, 2008          s/ Matthew H. Morgan
                                  **NICHOLS KASTER, PLLP**

| | |
|---|---|
| 1 | Donald H. Nichols, MN State Bar No. 78918* |
| | Nichols@nka.com |
| 2 | Paul J. Lukas, MN State Bar No. 22084X* |
| | Lukas@nka.com |
| 3 | Matthew H. Morgan, MN State Bar No. 304657* |
| | Morgan@nka.com |
| 4 | David C. Zoeller, MN State Bar No. 0387885* |
| | Zoeller@nka.com |
| 5 | 4600 IDS Center |
| | 80 S. 8th Street |
| 6 | Minneapolis, MN 55402 |
| | *Admitted pro hac vice |
| 7 | MHM/laj |
| 8 | ATTORNEYS FOR PLAINTIFFS |

-2-

REDACTED

## RSS PLAINTIFF CONSENT FORM

    I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

IRWIN MALAMUD

REDACTED

If any of the above information has changed, please update

*[signature]*    9/3/08

Signature        Date

REDACTED

**Fax, Mail or Email to:**
**Nichols Kaster & Anderson, PLLP**
**Attn.: Matthew Morgan**
**4600 IDS Center, 80 South Eighth Street,**
**Minneapolis, Minnesota 55402-2242**
**Fax: (612) 215-6870**
**Toll Free Telephone: (877) 448-0492**
**Email: Morgan@nka.com**
**Web: www.overtimecases.com**

REDACTED

I hereby consent to join the action against Retail Store Services LLC, and Retail Store Services, Inc. (now KSRSS, Inc.) (Defendants), as a Plaintiff to make a claim for overtime pay. During the past three years, I worked for Retail Store Services, Inc. and/or Retail Store Services LLC as a merchandising representative and was not paid for all my overtime hours worked.

*Angel Quez*   9/4/08
Signature   Date

*Angela Lea Rodriguez*
Print Full Name

REDACTED

Fax, Mail or Email to:

Nichols Kaster, PLLP

Attn.: Matthew Morgan

4600 IDS Center, 80 South Eighth Street,

Minneapolis, Minnesota 55402-2242

Fax: (612) 215-6870

Toll Free Telephone: (877) 448-0492

Email: Morgan@nka.com

Web: www.overtimecases.com

REDACTED

# CERTIFICATE OF SERVICE
Meade et al v. Retail Store Services, LLC
**Case No. C-07-5239-SI**

I hereby certify that on September 8, 2008, I caused the following document(s):

Notice of Consent Filing

to be served via ECF to the following:

Harold Andrew Bridges   drew@bridges-law.com

Frank Cronin   fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

Matthew C Helland   helland@nka.com, assistant@nka.com

Paul J. Lukas   lukas@nka.com, assistant@nka.com

Matthew H Morgan   morgan@nka.com, assistant@nka.com

Donald H. Nichols   nichols@nka.com, assistant@nka.com

David C. Zoeller   zoeller@nka.com, assistant@nka.com

Dated:  September 8, 2008

s/ Matthew H. Morgan
**NICHOLS KASTER, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
Matthew H. Morgan, MN State Bar No. 304657*
Morgan@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
*Admitted pro hac vice
MHM/laj

ATTORNEYS FOR PLAINTIFFS