LATHAM & WATKINS LLP
  Jon D. Anderson (Bar No. 75694)
  *jon.anderson@lw.com*
  Angela K. Knarr (Bar No. 216032)
  *angie.knarr@lw.com*
650 Town Center Drive, Suite 2000
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants Advantage Sales & Marketing, LLC, and Retail Store Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Advantage Sales & Marketing, Inc., Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | CASE NO. C-07-5239-SI<br><br>Judge: Hon. Susan Illston<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: October 12, 2007 |

1  Pursuant to the Stipulation to Continue Case Management
2  Conference, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:
3      1.    The Case Management Conference shall be continued to a date
4  convenient to the Court after December 15, 2008.  The date of the Case
5  Management Conference shall be __December 19, 2008_____ at __2:30 p.m.__.
6
7  Dated: _____, 2008        ___*Susan Illston*___
                                                               The Honorable Susan Illston
8                                          UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28