Counsel listed on next page

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>Advantage Sales & Marketing, LLC, Retail Store Services, LLC, and KSRSS, Inc.<br><br>Defendants. | **Case No.: C-07-5239-SI**<br><br>**JOINT STIPULATION AND PROPOSED ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND TO SET DATES FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Judge: Hon. Susan Illston<br><br>Date Action Filed: October 12, 2007 |

C-07-5239-SI

JOINT STIPULATION AND PROPOSED ORDER

| | |
|---|---|
| 1 | |
| 2 | Matthew C. Helland, CA State Bar No. 250451<br>helland@nka.com |
| 3 | NICHOLS KASTER, LLP<br>One Embarcadero Center, Ste. 720 |
| 4 | San Francisco, CA 94111<br>Telephone: 415-277-7235 |
| 5 | Facsimile: 415-277-7238 |
| 6 | Donald H. Nichols, MN State Bar No. 78918*<br>nichols@nka.com |
| 7 | Paul J. Lukas, MN State Bar No. 22084X*<br>lukas@nka.com |
| 8 | Matthew H. Morgan, MN State Bar No. 304657*<br>morgan@nka.com |
| 9 | NICHOLS KASTER, PLLP<br>4600 IDS Center |
| 10 | 80 S. 8th Street<br>Minneapolis, MN 55402 |
| 11 | Telephone: 612-256-3200<br>Facsimile: 612-215-6870 |
| 12 | * admitted *pro hac vice* |
| 13 | ATTORNEYS FOR PLAINTIFFS |
| 14 | LATHAM WATKINS<br>Jon D. Anderson, SBN 75694 |
| 15 | Angela K. Knarr, SBN 216032<br>T. Wayne Harman, SBN 247627 |
| 16 | 650 Town Center Drive<br>20th Floor |
| 17 | Costa Mesa, CA 92626<br>Telephone: 714-540-1235 |
| 18 | Facsimile: 714-755-8290<br>jon.anderson@lw.com |
| 19 | angie.knarr@lw.com<br>wayne.harman@lw.com |
| 20 | ATTORNEYS FOR DEFENDANTS |
| 21 | ADVANTAGE SALES & MARKETING, LLC,<br>RETAIL STORE SERVICES, LLC |
| 22 | SNELL & WILMER, LLP |
| 23 | Frank Cronin, SBN 69840<br>Erin A. Denniston, SBN 247785 |
| 24 | 600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626 |
| 25 | Telephone: 714-427-7000<br>Facsimile: 714-427-7799 |
| 26 | fcronin@swlaw.com<br>edenniston@swlaw.com |
| 27 | ATTORNEY FOR DEFENDANT<br>KSRSS, INC. |
| 28 | |

The parties, by and through their counsel of record, submit this Stipulation and Joint Proposed Order for relief from the case management schedule, specifically the current class certification briefing schedule, and to set dates related to preliminary settlement approval.

WHEREAS the parties filed the Joint Case Management Statement, FRCP 26(F) Report, Dkt 176, on January 21, 2009 in preparation for the further case management conference on January 30, 2009 which proposed a date for Plaintiffs to file their motion for class certification;

WHEREAS the Court filed the Amended Further Case Management Conference Civil Pretrial Minutes, Dkt 178, on February 3, 2009 which set the following schedule for motion to certify class: file 3/20/09, opposition 4/3/09, reply 4/10/09, case continued to 4/24/09 at 9:00 am for hearing on motion to certify class;

WHEREAS since issuance of the class certification briefing schedule, counsel for Plaintiffs and Defendants reached a tentative settlement of the above-captioned case and agreed to stop further work on the case including the motion for class certification;

WHEREAS the parties agree to jointly file a motion for preliminary approval of settlement on April 30 2009 and request a May 8, 2009 hearing date on such motion;

WHEREAS, the parties jointly request for the Court to issue an order granting relief from the current class certification briefing schedule and to set dates related to preliminary settlement approval as identified in the paragraph above:

**IT IS HEREBY ORDERED:**

1. The hearing scheduled for Friday April 24, 2009 is cancelled.

2. The parties shall file their joint motion for preliminary approval of settlement on April 30, 2009 and shall have a hearing on such motion on May 8, 2009 at 9:00 a.m.

| | |
|---|---|
| Dated: April 22, 2009 | s/ Matthew H. Morgan<br>**NICHOLS KASTER, PLLP**<br>Donald H. Nichols, MN State Bar No. 78918*<br>nichols@nka.com<br>Paul J. Lukas, MN State Bar No. 22084X*<br>lukas@nka.com<br>Matthew H. Morgan, MN State Bar No. 304657*<br>morgan@nka.com<br>4600 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>* admitted *pro hac vice*<br><br>**NICHOLS KASTER, LLP**<br>Matthew C. Helland, CA State Bar No. 250451<br>helland@nka.com<br>One Embarcadero Center<br>Ste. 720<br>San Francisco, CA 94111<br><br>ATTORNEYS FOR PLAINTIFFS |
| Dated: April 22, 2009 | s/ Wayne Harman<br>**LATHAM & WATKINS, LLP**<br>Jon D. Anderson, CA State Bar No. 75694<br>Jon.anderson@lw.com<br>Angela K. Knarr, CA State Bar No. 216032<br>Angie.knarr@lw.com<br>T. Wayne Harman, CA State Bar No. 247627<br>wayne.harman@lw.com<br>650 Town Center Drive<br>20th Floor<br>Costa Mesa, CA 92626<br><br>ATTORNEYS FOR DEFENDANTS<br>ADVANTAGE SALES & MARKETING, LLC,<br>RETAIL STORE SERVICES, LLC |
| Dated: April 22, 2009 | s/ Frank Cronin<br>**SNELL & WILMER, LLP**<br>Frank Cronin, SBN 69840<br>fcronin@swlaw.com<br>Erin A. Denniston, SBN 247785<br>edenniston@swlaw.com<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626<br><br>ATTORNEYS FOR DEFENDANT KSRSS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____ _____
Honorable Susan Illston
U.S. District Court Judge

-4- C-07-5239-SI

JOINT STIPULATION AND PROPOSED ORDER