1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| Jennifer Meade, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No. C-07-5239-SI |
| | **[proposed] ORDER GRANTING PRELIMINARY APPROVAL TO THE JOINT SETTLEMENT AGREEMENT AND RELEASE** |
| Plaintiffs, | |
| v. | |
| Advantage Sales & Marketing, LLC, Retail Store Services, LLC, and KSRSS, Inc. | Judge: Hon. Susan Illston |
| Defendants. | Complaint Filed: October 12, 2007 |

18

19

20

21

22

23

24

25

26

27

28

1    This matter came before the Court on the Parties' Joint Motion for Preliminary Approval

2  of the Stipulation of Settlement and Release.  Having reviewed the proposed Joint Settlement

3  Agreement, the Court hereby GRANTS the parties' request for Preliminary Approval of the Joint

4  Settlement Agreement.  The Court further GRANTS the parties' request for certification of the

5  proposed Rule 23 and FLSA settlement subclasses for the sole and limited purpose of only

6  implementing the terms of the Joint Settlement Agreement, subject to this Court's final approval,

7  and appoints Plaintiffs' Counsel as Class Counsel.  The Court further APPROVES the form and

8  content of the Rule 23 Notice of Settlement and Claim Form, and directs Class Counsel to

9  distribute the notice to the putative class.  The Court further APPROVES the form and content of

10 the proposed Notice of Settlement to Eligible Plaintiffs, as well as the form and content of the

11 proposed Settlement Offer and Release.  The Court ORDERS Class Counsel to distribute the

12 Notice of Settlement to Rule 23 Plaintiff Subclass, and the Settlement Offer and Release to

13 members of the FLSA Plaintiff Subclass, as outlined in the Joint Settlement Agreement.  The

14 Court further ORDERS the following timeline for administration of the settlement agreement:

15 **June 26, 2009:**  Class Counsel to mail Notice of Settlement of Class Action and Claim Form to

16 Rule 23 Subclass Members.

17 **August 10, 2009:**  Deadline for receipt by Class Counsel of Rule 23 Plaintiff Subclass Members'

18 Claim Forms, objections to the settlement, or opt-out notices.

19 **August 25, 2009:**   Class Counsel to provide Claim Forms and Proposed Allocation for all

20 members of the FLSA Plaintiff Subclass and Rule 23 Plaintiff Subclass to Defendants.

21 **September 9, 2009:**   Deadline for Defendants to dispute Claim Forms and accept Proposed

22 Allocation.

23 **September 16, 2009:**   Class Counsel mails Notice of Settlement to members of the FLSA

24 Plaintiff Subclass and Settlement Offer and Release.

25 **October 16, 2009:**   Deadline for Class Counsel to receive acceptances, rejections, or

26 withdrawals.

27 The Parties shall return before this Court at the earliest available date and time after **October 16,**

28 **2009** to seek final approval of the Settlement Agreement.

1

2   Dated: June_8__, 2009

                                 _____

3                                      Honorable Susan Illston
                                       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       3                             CASE NO. C-07-5239-SI