1  Counsel listed on next page

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

11   Jennifer Meade, individually, on behalf of all          **Case No.: C-07-5239-SI**
     others similarly situated, and on behalf of the
12   general public                                          **JOINT STIPULATION AND PROPOSED**
                                                             **ORDER TO SET HEARING DATE FOR**
13                            Plaintiffs,                    **FINAL APPROVAL OF SETTLEMENT**
                                                             **AGREEMENT**
14   v.

15   Advantage Sales & Marketing, LLC, Retail               Judge:  Hon. Susan Illston
     Store Services, LLC, and KSRSS, Inc.
16                                                           Complaint Filed:  October 12, 2007
                              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

                                                                                    C-07-5239-SI
     ─────────────────────────────────────────────────────────────────────────
                        JOINT STIPULATION AND PROPOSED ORDER

1    Matthew C. Helland, CA State Bar No. 250451
     helland@nka.com
2    NICHOLS KASTER, LLP
     One Embarcadero Center, Ste. 720
3    San Francisco, CA 94111
     Telephone: 415-277-7235
4    Facsimile: 415-277-7238

5    Donald H. Nichols, MN State Bar No. 78918*
     nichols@nka.com
6    Paul J. Lukas, MN State Bar No. 22084X*
     lukas@nka.com
7    Matthew H. Morgan, MN State Bar No. 304657*
     morgan@nka.com
8    NICHOLS KASTER, PLLP
     4600 IDS Center
9    80 S. 8th Street
     Minneapolis, MN 55402
10   Telephone: 612-256-3200
     Facsimile: 612-215-6870
11   * admitted *pro hac vice*

12   ATTORNEYS FOR PLAINTIFFS

13   LATHAM WATKINS
     Jon D. Anderson, SBN 75694
14   Angela K. Knarr, SBN 216032
     T. Wayne Harman, SBN 247627
15   650 Town Center Drive
     20th Floor
16   Costa Mesa, CA 92626
     Telephone: 714-540-1235
17   Facsimile:  714-755-8290
     jon.anderson@lw.com
18   angie.knarr@lw.com
     wayne.harman@lw.com
19
     ATTORNEYS FOR DEFENDANTS
20   ADVANTAGE SALES & MARKETING, LLC,
     RETAIL STORE SERVICES, LLC
21
     SNELL & WILMER, LLP
22   Frank Cronin, SBN 69840
     Erin A. Denniston, SBN 247785
23   600 Anton Boulevard, Suite 1400
     Costa Mesa, CA 92626
24   Telephone: 714-427-7000
     Facsimile: 714-427-7799
25   fcronin@swlaw.com
     edenniston@swlaw.com
26
     ATTORNEY FOR DEFENDANT
27   KSRSS, INC.

28

                                    2                        C-07-5239-SI
                        JOINT STIPULATION AND PROPOSED ORDER

1    The parties, by and through their counsel of record, submit this Joint Stipulation

2  Proposed Order to Set Hearing Date for Final Approval of Settlement Agreement.

3    WHEREAS the Court granted preliminary approval of the Joint Settlement Agreement

4  and Release, certification of the Rule 23 and FLSA settlement subclasses for the sole purpose of

5  settlement subject to the Court's final approval, and further approved the Rule 23 Notice of

6  Settlement and Claim Form, and the Notice of Settlement and Settlement Offer and Release to be

7  mailed as per the ordered timeline on Monday, June 8, 2009, Dkt 194;

8    WHEREAS the ordered timeline for Class Counsel to mail the Notice of Settlement of

9  Class Action and Claim Form to Rule 23 subclass members is Friday, June 26, 2009 and such

10 notice does not currently list the date and time for the Final Approval Hearing;

11    WHEREAS the ordered timeline for administration of the settlement agreement cited an

12 "available date and time after October 16, 2009 to seek final approval of the Settlement

13 Agreement" by returning before the Court for a hearing;

14    WHEREAS all parties are available during the last week of October 2009;

15    WHEREAS the parties jointly request for the Court to set the hearing for Final Approval

16 of Settlement Agreement for Friday, October 30, 2009 at 9:00 am;

17    **IT IS HEREBY ORDERED:**

18    The hearing for Final Approval of Settlement Agreement is set for

19    Friday, October 30, 2009 at 9:00 a.m.

20

21 Dated: June 25, 2009                    s/ Matthew H. Morgan
                                          **NICHOLS KASTER, PLLP**
22                                        Donald H. Nichols, MN State Bar No. 78918*
                                          nichols@nka.com
23                                        Paul J. Lukas, MN State Bar No. 22084X*
                                          lukas@nka.com
24                                        Matthew H. Morgan, MN State Bar No. 304657*
                                          morgan@nka.com
25                                        4600 IDS Center
                                          80 S. 8th Street
26                                        Minneapolis, MN 55402
                                          * admitted *pro hac vice*

27

28

1                   **NICHOLS KASTER, LLP**
Matthew C. Helland, CA State Bar No. 250451

2                   helland@nka.com
One Embarcadero Center

3                   Ste. 720
San Francisco, CA 94111

4

                   ATTORNEYS FOR PLAINTIFFS

5

   Dated: June 25, 2009          s/Wayne Harman

6                   **LATHAM & WATKINS, LLP**
Jon D. Anderson, CA State Bar No. 75694

7                   Jon.anderson@lw.com
Angela K. Knarr, CA State Bar No. 216032

8                   Angie.knarr@lw.com
T. Wayne Harman, CA State Bar No. 247627

9                   wayne.harman@lw.com
650 Town Center Drive

10                 20th Floor
Costa Mesa, CA 92626

11

12                 ATTORNEYS FOR DEFENDANTS ADVANTAGE
SALES & MARKETING, LLC,

13                 RETAIL STORE SERVICES, LLC

14

   Dated: June 25, 2009          s/Frank Cronin

15                 **SNELL & WILMER, LLP**
Frank Cronin, SBN 69840

16                 fcronin@swlaw.com
Erin A. Denniston, SBN 247785

17                 edenniston@swlaw.com
600 Anton Boulevard, Suite 1400

18                 Costa Mesa, CA 92626

19

20                 ATTORNEYS FOR DEFENDANT KSRSS, INC.

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23  Date: _6/25/09_____

                  Honorable Susan Illston

24                  U.S. District Court Judge

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on June 25, 2009 I caused a true and correct copy of the Joint Stipulation and Proposed Order to Set Hearing Date for Final Approval of Settlement Agreement to be served via ECF to the following:

Angela Kathleen Knarr     angie.knarr@lw.com

David C. Zoeller     zoeller@nka.com, assistant@nka.com

Donald H. Nichols     nichols@nka.com, assistant@nka.com

Frank Cronin     fcronin@swlaw.com, edenniston@swlaw.com, tmartin@swlaw.com

Jon D. Anderson     Jon.Anderson@lw.com, #ocecf@lw.com

Matthew C Helland     helland@nka.com, assistant@nka.com

Matthew H Morgan     morgan@nka.com, assistant@nka.com

Paul J. Lukas     lukas@nka.com, assistant@nka.com

Dated:  June 25, 2009                         **NICHOLS KASTER, PLLP**

s/ Kristine V. Nelson
Kristine V. Nelson
Legal Assistant
4600 IDS Center, 80 S. 8th St.
Minneapolis, Minnesota 55402
Telephone: (612) 256-3294